IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IMPERVA, INC.,<br><br>　　　　　Defendant. | The Honorable Rodney Gilstrap<br><br>Civil Action No. 2:19-cv-00040-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Imperva, Inc. declares that it is a wholly-owned subsidiary of Imperial Purchaser, LLC, which is a wholly-owned subsidiary of Imperva Intermediate, LLC, which is a wholly-owned subsidiary of Imperva Holdings, LLC, which is a wholly-owned subsidiary of Imperva Parent, LP, which is a wholly-owned subsidiary of Imperva Parent, GP, all of whose shares are held by Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIII-A, L.P., and Thoma Bravo Executive Fund XIII, L.P. (collectively, the "Funds").  Thoma Bravo Partners XIII, L.P. is the sole general partner of the Funds.  The sole general partner of Thoma Bravo Partners XIII, L.P. is Thoma Bravo LLC.  Thoma Bravo, LLC has no parent corporation, and no publicly held corporation owns or controls 10% or more of its stock.

Dated:  April 19, 2019	Respectfully submitted,

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Tex.)
msacksteder@fenwick.com
Christopher L. Larson
CA Bar No. 308247 (Admitted E.D. Tex.)
clarson@fenwick.com
Jessica L. Benzler
CA Bar No. 306164 (Admitted E.D. Tex.)
jbenzler@fenwick.com

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:	415.875.2300
Facsimile:	415.281.1350

Counsel for Defendant
IMPERVA, INC.