**Revised: 9/3/2015**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
Marshall_____ **DIVISION**

## APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By FaithAnn Laurents at 8:09 am, Jun 21, 2019

1. This application is being made for the following: Case # 2:19-CV-00040-JRG

Style/Parties: Implicit, LLC v. Imperva, Inc. (Lead Case)

2. Applicant is representing the following party/ies: Implicit, LLC (Plaintiff)

3. Applicant was admitted to practice in California (state) on 06/06/2019 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant Ohas Ohas not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant Ohas Ohas not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant Ohas Ohas not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).    If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
State of California; State of New York; U.S. District Court, California (Northern District)

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Francesca Miki Shima Germinario do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 05/20/2019          Signature /s/Francesca Miki Shima Germinari (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) _Francesca Miki Shima Germinario_

Bar Number /State _326208/California_

Firm Name: _Hosie Rice LLP_

Address/P.O. Box: _600 Montgomery Street, 34th Floor_

City/State/Zip: _San Francisco, CA  94111_

Telephone #: _415.247.6000_

Fax #: _415.247.6001_

E-mail Address: _fgerminario@hosielaw.com_

Secondary E-Mail Address: _____

This application has been approved for the court on: _____**6/21/19**_____

David A. O'Toole, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**