**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC | § § § § § | Case No. 2:19-CV-0040-JRG-RSP LEAD CASE |
| v. | | |
| IMPERVA, INC. | | |
| IMPLICIT, LLC | § § § § § | Case No. 2:19-CV-0037-JRG-RSP MEMBER CASE |
| v. | | |
| JUNIPER NETWORKS, INC. | | |

**ORDER APPOINTING MEDIATOR**

IT IS ORDERED that Hon. Edward A. Infante (Retired), JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111, telephone number 415-774-2611, fax number 415-982-5287 and email schan@jamsadr.com, is hereby appointed as mediator in the above referenced member case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at

- 2 -

http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

**SIGNED this 26th day of June, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

Case 2:19-cv-00040-JRG-RSP   Document 60   Filed 06/26/19   Page 2 of 2 PageID #: 1022