# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br>   *Plaintiff*,<br><br>v.<br><br>IMPERVA, INC.<br>   *Defendant.* | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| v.<br><br>CA, Inc.<br>   *Defendant.* | Case No. 2:19-cv-00038-JRG-RSP |

## ORDER

Having considered Plaintiff Implicit, LLC's, and Defendant CA, Inc.'s Joint Motion to Dismiss Pursuant to Rule 41(a)(2) (Dkt. No. 57), the Court GRANTS the Joint Motion. It is therefore **ORDERED** that all currently pending claims and counterclaims in Case No. 2:19-cv-00038 are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that each party shall pay its own costs, expenses, and fees. The Clerk is directed to close the member case 2:19-cv-00038, but the lead case 2:19-cv-00040 should remain open.

**So ORDERED and SIGNED this 27th day of June, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE