# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br>*Plaintiff*,<br><br>v.<br><br>IMPERVA, INC.<br>*Defendant.* | Civil Action No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE<br><br><br>JURY TRIAL DEMANDED |
| v.<br><br>SOPHOS LTD.<br>*Defendant.* | Civil Action No. 2:19-cv-00042-JRG-RSP<br>MEMBER CASE |

## JOINT NOTICE OF MEDIATOR SELECTION

COME NOW JOINTLY Plaintiff Implicit, LLC and Defendant Sophos Ltd. and hereby notify the Court that they have agreed to the following mediator for the above-captioned case:

**Honorable David Folsom (Retired)**
**Jackson Walker L.L.P.**
**6002 Summerfield Drive**
**Texarkana, TX 75503**
**Tel: (214) 953-5886**
**Fax: (214) 661-6886**
**dfolsom@jw.com**

| | |
|---|---|
| Dated: July 1, 2019 | Respectfully submitted, |
| By: */s/ Sarah J. Fischer* | By: */s/ Brandon C. Martin* |
| Douglas J. Kline (BBO #556680)<br>Robert Frederickson (BBO #670111)<br>Sarah J. Fischer (BBO #688878)<br>**GOODWIN PROCTER LLP**<br>100 Northern Avenue<br>Boston, MA 02210 | Spencer Hosie, *Pro Hac Vice*,<br>(CA Bar No. 101777)<br>shosie@hosielaw.com<br>Diane S. Rice, *Pro Hac Vice*,<br>(CA Bar No. 118303)<br>drice@hosielaw.com |

Tel.: 617-570-1000
Fax: 617-523-1231
dkline@goodwinlaw.com
rfrederickson@goodwinlaw.com
sfischer@goodwinlaw.com

Jennifer P. Ainsworth (Texas Bar Card #00784720)
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Tel.: 903-509-5000
Fax: 903-509-5092
jainsworth@wilsonlawfirm.com

*Counsel for Sophos Ltd.*

Brandon C. Martin, *Pro Hac Vice*,
(CA Bar No. 269624)
bmartin@hosielaw.com
Darrell Rae Atkinson, *Pro Hac Vice*,
(CA Bar No. 280564)
datkinson@hosielaw.com
Francesca M. S. Germinario, *Pro Hac Vice*,
(CA Bar No. 326208)
fgerminario@hosielaw.com
**HOSIE RICE LLP**
600 Montgomery St., 34th Floor
San Francisco, CA 94111
415.247.6000
Facsimile: 415.247.6001

William E. Davis, III (TX Bar No. 24047416)
bdavis@bdavisfirm.com
Christian J. Hurt (TX Bar No. 24059987)
churt@bdavisfirm.com
Edward Chin (Of Counsel)
(TX Bar No. 50511688)
echin@bdavisfirm.com
Debra Coleman (Of Counsel)
(TX Bar No. 24059595)
dcoleman@bdavisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff Implicit, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not

deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 1st day of June, 2019.

*/s/ Brandon C. Martin*
Brandon C. Martin
