# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br>*Plaintiff*,<br>v.<br>IMPERVA, INC.,<br>*Defendant*. | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| IMPLICIT, LLC,<br>*Plaintiff*,<br>v.<br>SOPHOS LTD.,<br>*Defendant*. | Case No. 2:19-cv-00042-JRG-RSP<br>CONSOLIDATED CASE |

## ORDER

Before the Court is Defendant Sophos Ltd.'s ("Sophos") Unopposed Motion for a Hearing ("Motion for Hearing"). (Dkt. No. 116.) This Motion for Hearing seeks a hearing on Sophos' Motion to Transfer Venue Based on Forum Selection Clause in License Agreement ("Sophos' Motion to Transfer") (Dkt. No. 66).

After consideration, the Court **GRANTS** Sophos' Motion for Hearing. It is therefore **ORDERED** that Sophos' Motion to Transfer is hereby set for hearing on September 12, 2019 at 1:30 p.m.

**SIGNED this 18th day of August, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE