# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC,<br>    *Plaintiff*,<br>v.<br>IMPERVA, INC.,<br>    *Defendant*. | § § § § § § § § | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| IMPLICIT, LLC,<br>    *Plaintiff*,<br>v.<br>FORTINET, INC..,<br>    *Defendant*. | § § § § § § § § | Case No. 2:19-cv-00039-JRG-RSP<br>CONSOLIDATED CASE |
| IMPLICIT, LLC,<br>    *Plaintiff*,<br>v.<br>JUNIPER NETWORKS, INC.,<br>    *Defendant*. | § § § § § § § § | Case No. 2:19-cv-00037-JRG-RSP<br>CONSOLIDATED CASE |
| IMPLICIT, LLC,<br>    *Plaintiff*,<br>v.<br>SOPHOS LTD.,<br>    *Defendant*. | § § § § § § § § | Case No. 2:19-cv-00042-JRG-RSP<br>CONSOLIDATED CASE |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) at to U.S. Patent Nos. 8,856,779 and 9,325,740 ("Stipulation"). (Dkt. No. 123.) This Stipulation seeks to dismiss Plaintiff Implicit, LLC's ("Implicit") claims for patent infringement of the '779 and '740 patents without prejudice. (*Id*.)

After consideration, the Court **APPROVES** of the parties' Stipulation. It is therefore **ORDERED** that Plaintiff claims for patent infringement of the '779 and '740 patents are

**DISMISSED WITHOUT PREJUDICE**. The clerk is directed to leave this case open as Implicit still has other active claims against the defendants.

**SIGNED this 3rd day of September, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE