**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, <br> Plaintiff, <br><br> v. | § <br> § <br> § <br> § <br> § | |
| IMPERVA, INC. | § <br> § <br> § | Case No. 2:19-cv-00040-JRG-RSP <br> LEAD CASE |
| FORTINET, INC. | § <br> § <br> § | Case No. 2:19-cv-00039-JRG-RSP |
| JUNIPER NETWORKS, INC. | § <br> § <br> § | Case No. 2:19-cv-00037-JRG-RSP |
| SOPHOS LTD. <br><br> Defendants. | § <br> § <br> § | Case No. 2:19-cv-00042-JRG-RSP |

**JOINT MOTION TO AMEND FIRST AMENDED DOCKET CONTROL ORDER**

Plaintiff Implicit, LLC ("Implicit") and Defendant Fortinet, Inc. ("Fortinet") respectfully move to amend the Court's First Amended Docket Control Order dated July 24, 2019 (Dkt. 101).) The proposed amendment does not affect any remaining defendants, and pertains only to Fortinet and Implicit.  In support of this Motion, the parties would respectfully show the Court the following as providing good cause:

The parties seek a Second Amended Docket Control Order adjusting the deadlines for amendment to Implicit's Infringement Contentions pursuant to P.R. 3-1(g).

The requested amendment does not affect any hearing deadlines or the trial date.  Further, the requested amendment affects only one defendant – Fortinet.  After source code review, Implicit requested source code printouts from Fortinet on August 16, 2019 and August 26, 2019, but Fortinet was not able to provide the printouts to Implicit until August 29, 2019. As to the source code produced on August 12, 2019, counsel for both parties met and conferred on August 30, 2019 and agreed that a two-week extension would be appropriate.  Additional source code for the Accused Products was made available by Fortinet on September 3, 2019, and September 9, 2019.  The Parties request the schedule modification not for purposes of delay, but to allow Implicit a reasonable time in which to amend its Infringement Contentions in light of Fortinet's source code.

The proposed modification is detailed in the following chart:

| Current Deadline | Proposed Deadline | Event |
| --- | --- | --- |
| September 11, 2019 | September 25, 2019 | Deadline to amend Infringement Contentions (as to Fortinet only), pursuant to P.R 3-1(g), regarding source code produced by Fortinet on August 12, 2019. |
| N/A | October 3, 2019 | Deadline to amend Infringement Contentions (as to Fortinet only), pursuant to P.R 3-1(g), concerning source code made available for inspection by Fortinet on September 3, 2019. |
| N/A | October 6, 2019 | Deadline to amend Infringement Contentions (as to Fortinet only), pursuant to P.R 3-1(g), concerning source code made available for inspection by Fortinet on September 6, 2019. |

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully pray that the Court enter the attached Second Amended Docket Control Order, and for all other relief to which they are justly entitled.

Dated:  September 11, 2019

By: */s/ Alice E. Snedeker*_____
Deron R. Dacus
State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Matthew C. Gaudet (GA SBN 287789)
Admitted E.D. Tex.
David C. Dotson (GA SBN 138040)
Admitted E.D. Tex.
John R. Gibson (GA SBN 454507)
Admitted E.D. Tex.
Alice E. Snedeker
Admitted E.D. Tex.
**DUANE MORRIS LLP**
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901
Email: mcgaudet@duanemorris.com;
dcdotson@duanemorris.com;
jrgibson@duanemorris.com
aesnedeker@duanemorris.com

Christopher J. Tyson (VA SBN 81553)
Admitted E.D. Tex.
**DUANE MORRIS LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Tel: 202.776.7800
Fax: 202.776.7801
Email: cjtyson@duanemorris.com

*Counsel for Defendant Fortinet, Inc.*

Respectfully submitted,

By: */s/ Francesca Miki Shima Germinario*
Spencer Hosie, pro hac vice,
(CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice, pro hac vice,
(CA Bar No. 118303)
drice@hosielaw.com
Brandon C. Martin, pro hac vice,
(CA Bar No. 269624)
bmartin@hosielaw.com
Darrell Rae Atkinson, pro hac vice,
(CA Bar No. 280564)
datkinson@hosielaw.com
Francesca M.S. Germinario, pro hac vice,
(CA Bar No. 326208)
fgerminario@hosielaw.com
**HOSIE RICE LLP**
600 Montgomery St., 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001

William E. Davis, III (TX Bar No. 24047416)
bdavis@bdavisfirm.com
Christian J. Hurt (TX Bar No. 24059987)
churt@bdavisfirm.com
Edward Chin (Of Counsel)
(TX Bar No. 50511688)
echine@bdavisfirm.com
Debra Coleman (Of Counsel)
(TX Bar No. 24059595)
dcoleman@bdavisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff Implicit, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this September 11, 2019.

/s/ *Francesca Miki Shima Germinario*
Francesca Miki Shima Germinario