# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC | § § § | |
| v. | § § | Case No. 2:19-CV-0040-JRG-RSP<br>LEAD CASE |
| IMPERVA, INC. | § § | |

## Motions Hearing
### MAG. JUDGE ROY PAYNE PRESIDING
### September 12, 2019

**OPEN:** 2:00 pm                                                                                   **ADJOURN:** 3:20 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Jonathan Todd |
| COURT REPORTER: | Anna Lafrenz |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Ed Chin announced ready and introduced co-counsel.  Melissa Smith announced ready for Juniper and introduced co-counsel.  Deron Dacus announced ready for Fortinet and introduced co-counsel.

David McPhie argued Defendant Juniper Networks, Inc.'s Motion to Transfer Venue to the Northern District of California (Dkt. No. 18 in 2:19cv37).  Brandon Martin responded for Implicit.

Matt Gaudet then argued Defendant Fortinet, Inc.'s Motion to Transfer to the Northern District of California (Dkt. No. 26 in 2:19cv39).  Ty Wilson responded for Implicit.

The Court took the motions under advisement.