**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| IMPLICIT, LLC,<br>*Plaintiff*,<br><br>v.<br><br>IMPERVA, INC.<br>*Defendant.*<br><br>v.<br><br>Sophos, Ltd.<br>*Defendant.* | Civil Action No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE<br><br>JURY TRIAL DEMANDED<br><br>Civil Action No. 2:19-cv-00042-JRG-RSP<br>MEMBER CASE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Implicit, LLC, and Defendant Sophos, Ltd., pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for dismissal WITH PREJUDICE of all currently pending claims in Civil Action No. 2:19-cv-00042 and with each party to bear its own costs, expenses, and fees.

Dated: September 17, 2019

By: */s/ Lana Shiferman*

Douglas J. Kline (BBO #556680)
Lana Svetlana Shiferman (BBO #645024)
Robert Frederickson (BBO #670111)
Sarah J. Fischer (BBO #688878)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617-570-1000
Fax: 617-523-1231
dkline@goodwinlaw.com
lshiferman@goodwinlaw.com
rfrederickson@goodwinlaw.com
sfischer@goodwinlaw.com

Respectfully submitted,

By: */s/ Darrell Rae Atkinson*

Spencer Hosie, *pro hac vice*,
(CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice, pro hac vice,
(CA Bar No. 118303)
drice@hosielaw.com
Brandon C. Martin, *pro hac vice*,
(CA Bar No. 269624)
bmartin@hosielaw.com
Darrell Rae Atkinson, *pro hac vice*,
(CA Bar No. 280564)
datkinson@hosielaw.com
Francesca M.S. Germinario, *pro hac vice*,
(CA Bar No. 326208)

<div style="columns:2">

Jennifer P. Ainsworth (Texas Bar Card #00784720)
Matthew T. Milam (Texas Bar Card #24065746)
**WILSON, ROBERTSON & CORNELIUS, P.C.**
One American Center
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, Texas 75711
Tel.: 903-509-5000
Fax: 903-509-5092
Email: jainsworth@wilsonlawfirm.com
mmilam@wilsonlawfirm.com

*Counsel for Defendant Sophos Ltd.*

fgerminario@hosielaw.com
**HOSIE RICE LLP**
600 Montgomery St., 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001

William E. Davis, III
(TX Bar No. 24047416)
bdavis@bdavisfirm.com
Christian J. Hurt
(TX Bar No. 24059987)
churt@bdavisfirm.com
Edward Chin (Of Counsel)
(TX Bar No. 50511688)
echin@bdavisfirm.com
Debra Coleman (Of Counsel)
(TX Bar No. 24059595)
dcoleman@bdavisfirm.com
Ty William Wilson
(TX Bar No. 24106583)
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff Implicit, LLC*

</div>

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 17th day of September, 2019

*/s/ Darrell Rae Atkinson*
Darrell Rae Atkinson