# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br>　　　*Plaintiff*,<br>v.<br>IMPERVA, INC.,<br>　　　*Defendant*. | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| IMPLICIT, LLC,<br>　　　*Plaintiff*,<br>v.<br>SOPHOS LTD.,<br>　　　*Defendant*. | Case No. 2:19-cv-00042-JRG-RSP<br>CONSOLIDATED CASE |

## ORDER

Before the Court is Plaintiff Implicit, LLC's ("Implicit") and Defendant Sophos, Ltd.'s ("Sophos") Joint Motion to Dismiss with Prejudice ("Motion"). (Dkt. No. 139.) This Motion seeks to dismiss claims with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (*Id*.) This Motion also indicates that each party will bear its own costs, expenses, and fees. (*Id*.)

After consideration, the Court **GRANTS** the Parties' Motion. It is therefore **ORDERED** that all currently pending claims in between Implicit and Sophos in this matter shall be **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs, expenses, and fees. The Clerk is directed to close Case Number 2:19-cv-00042, but the Clerk is directed to leave Case Number 2:19-cv-00040 open as active defendants remain in that case.

**So Ordered this**
**Sep 18, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE