**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC,<br>    Plaintiff,<br><br>v. | § § § § § § | |
| IMPERVA, INC. | § § § | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| FORTINET, INC. | § § § | Case No. 2:19-cv-00039-JRG-RSP |
| JUNIPER NETWORKS, INC. | § § § | Case No. 2:19-cv-00037-JRG-RSP |

**PLAINTIFF IMPLICIT, LLC's NOTICE OF COMPLIANCE**

Plaintiff Implicit, LLC ("Plaintiff" or "Implicit"), pursuant to the Court's Third Amended Docket Control Order (Dkt. 152) dated October 25, 2019, hereby provides notice to the Court that on November 4, 2019, Plaintiff served counsel for Defendants Imperva, Inc., Fortinet, Inc., and Juniper Networks, Inc. (collectively "Defendants") with its P.R. 4-2 Preliminary Claim Constructions.

Dated: November 5, 2019        Respectfully submitted,

By: */s/ Francesca Miki Shima Germinario*

Spencer Hosie, *pro hac vice*,
(CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice, *pro hac vice*,
(CA Bar No. 118303)
drice@hosielaw.com
Brandon C. Martin, *pro hac vice*,
(CA Bar No. 269624)
bmartin@hosielaw.com
Darrell Rae Atkinson, *pro hac vice*,
(CA Bar No. 280564)

1

>datkinson@hosielaw.com
>Francesca M.S. Germinario, *pro hac vice*,
>(CA Bar No. 326208)
>fgerminario@hosielaw.com
>HOSIE RICE LLP
>600 Montgomery St., 34th Floor
>San Francisco, CA 94111
>415.247.6000
>Fax: 415.247.6001
>
>William E. Davis, III (TX Bar No. 24047416)
>bdavis@bdavisfirm.com
>Christian J. Hurt (TX Bar No. 24059987)
>churt@bdavisfirm.com
>Edward Chin (Of Counsel)
>(TX Bar No. 50511688)
>echine@bdavisfirm.com
>Debra Coleman (Of Counsel)
>(TX Bar No. 24059595)
>dcoleman@bdavisfirm.com
>Ty William Wilson
>(TX Bar No. 24106583)
>twilson@bdavisfirm.com
>THE DAVIS FIRM, PC
>213 N. Fredonia Street, Suite 230
>Longview, Texas  75601
>Telephone: (903) 230-9090
>Facsimile: (903) 230-9661
>
>*Counsel for Plaintiff Implicit, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, on this 5th day of November, 2019, this document is being served on all counsel, who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V).

>*/s/ Francesca Miki Shima Germinario*
>Francesca Miki Shima Germinario