**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC,<br>    Plaintiff,<br><br>v.<br><br>IMPERVA, INC.<br><br>FORTINET, INC.<br><br>JUNIPER NETWORKS, INC.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>Case No. 2:19-cv-00040-JRG-RSP<br>    LEAD CASE<br><br>Case No. 2:19-cv-00039-JRG-RSP<br><br>Case No. 2:19-cv-00037-JRG-RSP<br> |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)
AS TO U.S. PATENT NO. 8,056,075**

WHEREAS, Plaintiff Implicit, LLC ("Implicit"), and Defendants Fortinet, Inc. ("Fortinet"), Juniper Networks, Inc. ("Juniper"), and Imperva, LLC ("Imperva") (Fortinet, Juniper, and Imperva being the "Defendants" and, together with Implicit, the "Parties"), have met and conferred and seek to reduce the complexity of the above-captioned cases, including the terms to be construed:

Defendants hereby stipulate that none of them will initiate, participate in, or knowingly aid an *Inter Partes* Review challenging the validity of U.S. Patent No. 8,056,075.

The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal WITH PREJUDICE of all currently pending claims and counterclaims against one another with respect to U.S. Patent No. 8,056,075 in Civil Action Nos. 2:19-cv-00039 (Fortinet); 2:19-cv-0037 (Juniper); and 2:19-cv-00040 (Imperva), with each party to bear its own costs, expenses, and fees with respect thereto.

Juniper and Imperva have each moved to dismiss the claims of U.S. Patent Nos. 8,056,075; 8,856,779; and 9,325,740 pursuant to 35 U.S.C. § 101.  *See* Civil Action No. 2:19-cv-00037, ECF No. 19 (Defendant Juniper Networks, Inc.'s Partial Motion to Dismiss Plaintiff's First Amended Complaint) and Civil Action No. 2:19-cv-00040-JRG-RSP, ECF No. 15 (Defendant Imperva, Inc.'s Partial Motion to Dismiss Plaintiff's First Amended Complaint). Fortinet has not moved to dismiss the claims of U.S. Patent Nos. 8,056,075; 8,856,779; and 9,325,740 pursuant to 35 U.S.C. § 101.

The Court dismissed the claims of U.S. Patent Nos. 8,856,779 and 9,325,740 without prejudice on September 4, 2019 (Dkt. No. 124).

The Parties stipulate that the § 101 motions filed by Juniper and Imperva should ***not*** remain pending.

| | |
|---|---|
| Dated:  November 6, 2019 | Respectfully submitted, |
| By: */s/ Jessica Lee Benzler* | By: */s/ Brandon C. Martin* |
| Michael J. Sacksteder<br>(CA Bar No. 191605)<br>Jessica Lee Benzler<br>(CA Bar No. 306164)<br>Christopher L. Larson<br>(CA Bar No. 308247)<br>**FENWICK & WEST LLP-San Francisco**<br>555 California Street<br>12th Floor<br>San Francisco, CA 94104<br>415/875-2300<br>Facsimile: (415) 281-1350<br>Email: msacksteder@fenwick.com;<br>jbenzler@fenwick.com;<br>clarson @fenwick.com<br><br>GEOFFREY ROBERT MILLER<br>(TX State Bar No. 24094847)<br>**FENWICK & WEST LLP-Mtn. View**<br>Silicon Valley Center | Spencer Hosie, pro hac vice,<br>(CA Bar No. 101777)<br>shosie@hosielaw.com<br>Diane S. Rice, pro hac vice,<br>(CA Bar No. 118303)<br>drice@hosielaw.com<br>Brandon C. Martin, pro hac vice,<br>(CA Bar No. 269624)<br>bmartin@hosielaw.com<br>Darrell Rae Atkinson, pro hac vice,<br>(CA Bar No. 280564)<br>datkinson@hosielaw.com<br>Francesca M.S. Germinario, pro hac vice,<br>(CA Bar No. 326208)<br>fgerminario@hosielaw.com<br>**HOSIE RICE LLP**<br>600 Montgomery St., 34th Floor<br>San Francisco, CA 94111<br>415.247.6000<br>Fax: 415.247.6001 |

801 California Street
Mountain View, CA 94041
650-988-8500
Facsimile: (650) 938-5200
gmiller@fenwick.com

*Counsel for Defendant Imperva, Inc.*

By: */s/ Alice E. Snedeker*

Matthew C. Gaudet (GA SBN 287789)
Admitted E.D. Tex.
David C. Dotson (GA SBN 138040)
Admitted E.D. Tex.
John R. Gibson (GA SBN 454507)
Admitted E.D. Tex.
Alice E. Snedeker
Admitted E.D. Tex.
**DUANE MORRIS LLP**
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901
Email: mcgaudet@duanemorris.com;
dcdotson@duanemorris.com;
jrgibson@duanemorris.com
aesnedeker@duanemorris.com

Christopher J. Tyson (VA SBN 81553)
Admitted E.D. Tex.
**DUANE MORRIS LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Tel: 202.776.7800
Fax: 202.776.7801
Email: cjtyson@duanemorris.com

Deron R. Dacus
State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

William E. Davis, III (TX Bar No. 24047416)
bdavis@bdavisfirm.com
Christian J. Hurt (TX Bar No. 24059987)
churt@bdavisfirm.com
Edward Chin (Of Counsel)
(TX Bar No. 50511688)
echine@bdavisfirm.com
Debra Coleman (Of Counsel)
(TX Bar No. 24059595)
dcoleman@bdavisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff Implicit, LLC*

*Counsel for Defendant Fortinet, Inc.*

By: */s/ Ingrid Marie Haslund Peterson*

**IRELL & MANELLA LLP-Newport Beach**
David McPhie
(CA Bar No. 231520) [Pro Hac Vice]
Ingrid Marie Haslund Peterson
(CA Bar No. 313927) [Pro Hac Vice]
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
Email: dmcphie@irell.com;
ipeterson@irell.com

**IRELL & MANELLA LLP-Los Angeles**
Jonathan S. Kagan
(CA Bar No. 166039) [Pro Hac Vice]
Joshua Glucoft
(CA Bar No. 301249) [Pro Hac Vice]
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jkagan@irell.com

**GILLAM & SMITH LLP**
Melissa R. Smith
(Texas Bar No. 24001351)
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant Juniper Networks, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule

of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 6th day of November, 2019.

                                              */s/ Brandon C. Martin*
                                              Brandon C. Martin