# Exhibit A

JUNIPER NETWORKS | Engineering Simplicity

Data Sheet



# SRX5400, SRX5600, AND SRX5800 SERVICES GATEWAYS

## Product Overview

*SRX Series Services Gateways are next-generation firewalls based on a revolutionary architecture offering outstanding performance, scalability, availability, and security services integration. Custom designed for flexible processing scalability, I/O scalability, and services integration, the SRX Series Services Gateways exceed the security requirements of data center consolidation and services aggregation. The award-winning SRX Series is powered by Junos OS, the same industry-leading operating system that keeps the world's largest data center networks available, manageable, and secure.*

## Product Description

The Juniper Networks® SRX5400, SRX5600, and SRX5800 Services Gateways are next-generation firewalls (NGFWs) that deliver outstanding protection, market-leading performance, six nines reliability and availability, scalability, and services integration. These devices are ideally suited for service provider, large enterprise, and public sector networks, including:

- Cloud and hosting provider data centers
- Mobile operator environments
- Managed service providers
- Core service provider infrastructures
- Large enterprise data centers

The SRX5400, SRX5600, and SRX5800 are an integral part of the Juniper Connected Security framework, which is built to protect users, applications, and infrastructure from advanced threats.

Delivering the highest level of protection from Layer 3 to Layer 7, these platforms feature a carrier-grade next-generation firewall and advanced security services such as application security, unified threat management (UTM), intrusion prevention system (IPS), and integrated threat intelligence services.

For advanced protection, the SRX Series offers integrated threat intelligence services via Juniper Networks Advanced Threat Prevention (ATP), Juniper's open threat intelligence platform in the cloud. Juniper Cloud ATP delivers actionable security intelligence to SRX Series devices to enable advanced protection against Command and Control (C&C)-related botnets and Web application threats, as well as allowing policy enforcement based on GeoIP data—all based on Juniper-provided feeds. Customers may also leverage their own custom and third-party feeds for protection from advanced malware and other threats unique to their business environment. This advanced, customer-relevant, and consolidated threat intelligence service is delivered to the SRX Series on premises from the cloud.

The SRX5400, SRX5600, and SRX5800 are supported by Juniper Networks Junos® Space Security Director, which enables distributed security policy management through an intuitive, centralized interface that enables enforcement across emerging and traditional risk vectors. Using intuitive dashboards and reporting features, administrators gain insight into threats, compromised devices, risky applications, and more.

Based on Juniper's Dynamic Services Architecture, the SRX5000 line provides unrivaled scalability and performance. Each services gateway can support near linear scalability with the addition of Services Processing Cards (SPCs) and I/O cards (IOCs), enabling a fully equipped SRX5800 to support up to 1 Tbps firewall throughput. The SPCs are designed to support a wide range of services, enabling future support of new capabilities without the need for service-specific hardware. Using SPCs on all services ensures that there are no idle resources based on specific services being used—maximizing hardware utilization.

The scalability and flexibility of the SRX5000 line is supported by equally robust interfaces. The SRX5000 line employs a modular approach, where each platform can be equipped with a flexible number of IOCs that offer a wide range of connectivity options, including 1GbE, 10GbE, 40GbE, and 100GbE interfaces. With the IOCs sharing the same interface slot as the SPCs, the gateway can be configured as needed to support the ideal balance of processing and I/O. Hence, each deployment of the SRX Series can be tailored to specific network requirements.

The scalability of both SPCs and IOCs in the SRX5000 line is enabled by the custom-designed switch fabric. Supporting up to 960 Gbps of data transfer, the fabric enables realization of maximum processing and I/O capability available in any particular configuration. This level of scalability and flexibility enables future expansion and growth of the network infrastructure, providing unrivaled investment protection.

The tight service integration on the SRX Series is enabled by Juniper Networks Junos® operating system. The SRX Series is equipped with a robust set of services that include stateful firewall, intrusion prevention system (IPS), denial of service (DoS), application security, VPN (IPsec), Network Address Translation (NAT), unified threat management (UTM), quality of service (QoS), and large-scale multitenancy. In addition to the benefit of individual services, the SRX5000 line provides a low latency solution.

Junos OS also delivers carrier-class reliability with six nines system availability, the first in the industry to achieve independent verification by Telcordia. Furthermore, the SRX Series enjoys the benefit of a single source OS, and single integrated architecture traditionally available on Juniper's carrier-class routers and switches.

## SRX5800

The SRX5800 Services Gateway is the market-leading security solution supporting up to 1 Tbps firewall throughput and latency as low as 32 microseconds for stateful firewall. The SRX5800 also supports 860 Gbps IPS and 338 million concurrent sessions. Equipped with the full range of advanced security services, the SRX5800 is ideally suited for securing large enterprise, hosted, or colocated data centers, service provider core and cloud provider infrastructures, and mobile operator environments. The massive performance, scalability, and flexibility of the SRX5800 make it ideal for densely consolidated processing environments, and the service density makes it ideal for cloud and managed service providers.

## SRX5600

The SRX5600 Services Gateway uses the same SPCs and IOCs as the SRX5800 and can support up to 480 IMIX Gbps firewall throughput, 182 million concurrent sessions, and 460 Gbps IPS.

The SRX5600 is ideally suited for securing enterprise data centers as well as aggregation of various security solutions. The capability to support unique security policies per zone and its ability to scale with the growth of the network infrastructure make the SRX5600 an ideal deployment for consolidation of services in large enterprise, service provider, or mobile operator environments.

## SRX5400

The SRX5400 Services Gateway uses the same SPCs and IOCs as the SRX5800 and can support up to 270 Gbps IMIX firewall, 90 million concurrent sessions, and 230 Gbps IPS. The SRX5400 is a small footprint, high-performance gateway ideally suited for securing large enterprise campuses as well as data centers, either for edge or core security deployments. The ability to support unique security policies per zone and a compelling price/performance/footprint ratio make the SRX5400 an optimal solution for edge or data center services in large enterprise, service provider, or mobile operator environments.

### Service Processing Cards (SPC)

As the "brains" behind the SRX5000 line, SPCs are designed to process all available services on the platform. Without the need for dedicated hardware for specific services or capabilities, there are no instances in which a piece of hardware is taxed to the limit while other hardware is sitting idle. SPCs are designed to be pooled together, allowing the SRX5000 line to expand performance and capacities with the introduction of additional SPCs, drastically reducing management overhead and complexity. The high-performance SPC3 cards are supported on the SRX5400, SRX5600, and SRX5800 Services Gateways.

### I/O Cards (IOCs)

To provide the most flexible solution, the SRX5000 line employs the same modular architecture for SPCs and IOCs. The SRX5000 line can be equipped with one or several IOCs, supporting the ideal mix of interfaces. With the flexibility to install an IOC or an SPC on any available slot, the SRX5000 line can be equipped to support the perfect blend of interfaces and processing capabilities, meeting the needs of the most demanding environments while ensuring investment protection.

Juniper offers the IOC2, a second-generation card with superior connectivity options. The IOC2 offers 100GbE as well as 40GbE and high-density 10GbE and 1GbE connectivity options. These options reduce the need for link aggregation when connecting high throughput switches to the firewall, as well as enabling increased throughput in the firewall itself. The IOC2 is supported on all three platforms in the SRX5000 line of services gateways.

The third generation of IOCs from Juniper, the IOC3, delivers high throughput along with superior connectivity options including 100GbE, 40GbE, and high-density 10GbE interfaces. The IOC2 or IOC3 operates with the Express Path optimization

capability, delivering higher levels of throughput—up to an industry-leading 2 Tbps on the SRX5800. The IOC3 cards are supported on the SRX5400, SRX5600, and SRX5800.

The fourth generation of IOCs delivers the highest throughput of all available linecards of up to 480 Gbps and offers multiple connectivity options from 10GbE and 40GbE to 100GbE. Hand-in-hand with Juniper's Express Path feature, IOC4 can deliver up to 480 Gbps of hardware-accelerated throughput per linecard.

### Routing Engine (RE3) and Enhanced System Control Board (SCB4)

The SRX5K-RE3-128G Routing Engine (RE3) is the latest in the family of REs for the SRX5000 line with a multicore processor running at 2000 MHz. It delivers improved performance, scalability, and reliability with 128 GB DRAM and includes a TPM module. The SRX5K-SCB4 enables 480 Gbps throughput per SCB and can be configured with intra- and interchassis redundancy.

## Features and Benefits

### Networking and Security

The Juniper Networks SRX5000 line of Services Gateways has been designed from the ground up to offer robust networking and security services.

| Feature | Feature Description | Benefits |
|---|---|---|
| Purpose-built platform | Built from the ground up on dedicated hardware designed for networking and security services. | Delivers unrivaled performance and flexibility to protect high-speed network environments. |
| Scalable performance | Offers scalable processing based on Juniper's Dynamic Services Architecture. | Offers a simple and cost-effective solution to leverage new services with appropriate processing. |
| System and network resiliency | Provides carrier-class hardware design and proven OS. | Offers the reliability needed for any critical high-speed network deployments without service interruption. Utilizes a unique architectural design based on multiple processing cores and a separation of the data and control planes. |
| High availability (HA) | Active/passive and active/active HA configurations use dedicated HA interfaces. | Achieves availability and resiliency necessary for critical networks. |
| Interface flexibility | Offers flexible I/O options with modular cards based on the Dynamic Services Architecture. | Offers flexible I/O configuration and independent I/O scalability (options include 1GbE, 10GbE, 40GbE, and 100GbE) to meet the port density requirements of demanding network environments. |
| Network segmentation | Security zones, virtual LANs (VLANs), and virtual routers allow administrators to deploy security policies to isolate subnetworks and use overlapping IP address ranges. | Features the capability to tailor unique security and networking policies for various internal, external, and demilitarized zone (DMZ) subgroups. |
| Robust Routing Engine | Dedicated RE provides physical and logical separation to data and control planes. | Enables deployment of consolidated routing and security devices, as well as ensuring the security of routing infrastructure—all via a dedicated management environment. |
| Threat intelligence | Integration with Juniper Cloud ATP for application of advanced threat detection technologies and feeds for policy enforcement. | Offers policy enforcement based on optimized and up-to-date threat intelligence, which is automatically syndicated across the firewall estate, enabling higher security effectiveness and operational efficiency. |
| AppTrack | Detailed analysis on application volume/usage throughout the network based on bytes, packets, and sessions. | Provides the ability to track application usage to help identify high-risk applications and analyze traffic patterns for improved network management and control. |
| AppFirewall | Fine-grained application control policies to allow or deny traffic based on dynamic application name or group names. | Enhances security policy creation and enforcement based on applications and user roles rather than traditional port and protocol analysis. |
| AppQoS | Leverage Juniper's rich QoS capabilities to prioritize applications based on customers' business and bandwidth needs. | Provides the ability to prioritize traffic as well as limit and shape bandwidth based on application information and contexts for improved application and overall network performance. |
| Application signatures | Open signature library for identifying applications and nested applications with more than 3000 application signatures. | Accurately identifies applications so that the resulting information can be used for visibility, enforcement, control, and protection. |
| SSL proxy (forward and reverse) | Performs SSL encryption and decryption between the client and the server. | Combines with application identification to provide visibility and protection against threats embedded in SSL encrypted traffic. |
| Intrusion prevention system (IPS) | Detects known and unknown exploits and anomalies in network traffic streams. | Adds a critical layer of protection beyond stateful firewall, enabling detection of vulnerabilities in network traffic and highly granular control over IPS policy enforcement. |
| Stateful GTP and SCTP inspection | Support for General Packet Radio Service Tunneling Protocol (GTP) and Stream Control Transmission Protocol (SCTP) firewall in mobile operator networks. | Enables the SRX5000 line to provide stateful firewall capabilities for protecting key GPRS nodes within mobile operator networks. |

SRX5400, SRX5600, and SRX5800 Services Gateways

| Feature | Feature Description | Benefits |
|---|---|---|
| User identity-based access control enforcement | Secure access to data center resources via the tight integration of standards-based access control capabilities in Juniper Networks Junos Pulse Access Control Service and SRX5000 line. | Enables agent-based and agentless identity security services for enterprise data centers by integrating the SRX5000 line with the standards-based access control capabilities of Junos Pulse Access Control Service. This integration enables administrative flexibility to manage a variety of user access categories, including corporate, guest, and mobile. |
| Unified threat management (UTM) | Strong UTM capabilities, including IPS, antivirus, antispam, Web and content filtering. Available on-box with preinstalled, expanding, and adaptive capabilities that are quickly activated for zero-day, easy, and instant protection. Antivirus and Web filtering options are available from Sophos; Web filtering is available from Forcepoint. | Provides best-in-class UTM protection with strong, high-performance content security leveraging intelligence from multiple expert security companies. |
| IOC2 supporting 2 MICs | The first firewall I/O card in the industry to offer 100GbE connectivity. The card includes a choice of ten 10GbE, twenty 1GbE, two 40GbE, or one 100GbE I/O interfaces. Pairs well with SPC2/SPC3 for maximized firewall performance in any of the SRX5000 line of Services Gateways. | Increases connectivity efficiency with high throughput I/O interfaces. Reduces the need for link aggregation to the firewall and enables higher firewall throughput. |
| IOC3* | The third-generation I/O card offers very high levels of firewall throughput and low latency. The card includes two board choices: six 40GbE interfaces and 24 10GbE interfaces, or two 100GbE interfaces and four 10GbE interfaces. The IOC3 pairs well with existing SPC2/SPC3 for maximum firewall performance in any of the SRX5000 line of Services Gateways. | Provides vastly superior, top-of-the-line connectivity efficiency and record-breaking high throughput I/O interfaces. Reduces the need for link aggregation to the firewall and enables very high firewall throughput of up to 2 Tbps with Express Path enabled. |
| IOC4** | The fourth-generation I/O card is being offered in two flavors. The first delivers 40x10GbE interfaces while the second, depending on the chosen optics, delivers 48x10GbE, 12x40GbE, or 4x100GbE interfaces. | Provides the fastest throughput per slot and, in combination with Express Path, can deliver up to 480 Gbps of throughput per I/O card. |
| SPC3 card*** | Enables performance and scale with backwards compatibility to the SPC2 service cards. These cards support in-service software and in-service hardware upgrades. | Delivers always-on security resiliency to meet your growing network performance needs. |
| Express Path | An optional optimization capability (formerly Services Offload) for the SRX5000 line that improves throughput and lowers latency by identifying and accelerating traffic flows that do not require deep inspection. Provides support for single, high-bandwidth flows of 40 Gbps and 100 Gbps. Can be configured on a per-policy basis. | Securely delivers extremely high levels of throughput, making it the ideal solution for high-speed, latency-sensitive networks and applications, as well as high-performance compute networks. |
| AutoVPN | One-time hub configuration for site-to-site VPN for all spokes, even newly added ones. Configuration options include: routing, interfaces, Internet Key Exchange (IKE), and IPsec. | Enables IT administrative time and cost savings with easy, zero-touch deployment for IPsec VPN networks. |
| Multitenancy | Offers logical, large-scale segmentation and separation of security functions and features. | Enables separate, logical instances to be deployed with dedicated security policies, zones, and other features and functions. Removes the need to deploy several physical or virtual firewalls. |

*Requires Junos OS 15.1x49-D10 or greater.
**Requires Junos OS 19.3R1 or greater.
***Requires Junos OS 18.2R1-S1 or greater.

## IPS Capabilities

Juniper Networks IPS capabilities offer several unique features that assure the highest level of network security.

| Feature | Feature Description | Benefits |
|---|---|---|
| Stateful signature inspection | Signatures are applied only to relevant portions of the network traffic determined by the appropriate protocol context. | This minimizes false positives and offers flexible signature development. |
| Protocol decodes | This feature enables highly accurate detection and helps reduce false positives. | Accuracy of signatures is improved through precise contexts of protocols. |
| Signatures | There are more than 8500 signatures for identifying anomalies, attacks, spyware, and applications. | Attacks are accurately identified and attempts to exploit a known vulnerability are detected. |
| Traffic normalization | Reassembly, normalization, and protocol decoding are provided. | Overcome attempts to bypass other IPS detections by using obfuscation methods. |
| Zero-day protection | Protocol anomaly detection and same-day coverage for newly found vulnerabilities are provided. | Your network is already protected against any new exploits. |
| Recommended policy | Group of attack signatures are identified by Juniper Networks Security Team as critical for the typical enterprise to protect against. | Installation and maintenance are simplified while ensuring the highest network security. |
| Active/active traffic monitoring | IPS monitoring on active/active SRX5000 line chassis clusters is provided. | Includes support for active/active IPS monitoring including advanced features such as in-service software upgrade. |
| Packet capture | IPS policy supports packet capture logging per rule. | Conduct further analysis of surrounding traffic and determine further steps to protect target. |

SRX5400, SRX5600, and SRX5800 Services Gateways

## Content Security UTM Capabilities

The UTM services offered on the SRX5000 line of Services Gateways include industry-leading antivirus, antispam, content filtering, and additional content security services.

| Feature | Feature Description | Benefits |
|---|---|---|
| Antivirus | Antivirus includes reputation enhanced, cloud-based antivirus capabilities that detect and block spyware, adware, viruses, keyloggers, and other malware over POP3 HTTP, SMTP, IMAP, and FTP protocols. This service is provided in cooperation with Sophos Labs, a dedicated security company. | Sophisticated protection from respected antivirus experts against malware attacks that can lead to data breaches and lost productivity. |
| Antispam | Multilayered spam protection, up-to-date phishing URL detection, standards-based S/MIME, Open PGP and TLS encryption, MIME type and extension blockers are provided in cooperation with Sophos Labs, a dedicated security company. | Protection against advanced persistent threats perpetrated through social networking attacks and the latest phishing scams with sophisticated e-mail filtering and content blockers. |
| Enhanced Web filtering | Enhanced Web filtering includes extensive category granulation (95+ categories) and a real-time threat score delivered with Forcepoint, an expert Web security provider. | Protection against lost productivity and the impact of malicious URLs as well as helping to maintain network bandwidth for business essential traffic. |
| Content filtering | Effective content filtering is based on MIME type, file extension, and protocol commands. | Protection against lost productivity and the impact of extraneous or malicious content on the network to help maintain bandwidth for business essential traffic. |

## Advanced Threat Prevention

Advanced threat prevention (ATP) solutions that defend against sophisticated malware, persistent threats, and ransomware are available for the SRX5000 line.  Two versions are available: Juniper Cloud ATP, a SaaS-based service, and the Juniper ATP Appliance, an on-premises solution.

| Feature | Feature Description | Benefits |
|---|---|---|
| Advanced malware detection and remediation | Malware analysis and sandboxing are based on machine learning and behavioral analysis. | Protects enterprise users from a spectrum of malicious attacks, including advanced malware that exploits "zero-day" vulnerabilities. |
| Comprehensive threat feeds (C&C, GeoIP, custom) | Curated, actionable threat intelligence feeds are delivered in near real time to SRX Series devices. | Proactively blocks malware communication channels and protects from botnets, phishing, and other attacks. |
| HTTP, HTTPs, e-mail | Web- and e-mail-based threats are analyzed, including encrypted sessions. | Users are protected from all major threat vectors, including e-mail. Provides flexible message handling options for e-mail. The Juniper ATP Appliance includes support for cloud-based e-mail services such as Office 365 and Google Mail, and detects threats in SMB traffic. |
| Integration with Junos Space Security Director and JSA SIEM | Juniper Networks Secure Analytics portfolio (JSA Series) security information and event management (SIEM) can consume and correlate threat events. Juniper Cloud ATP is also fully integrated with Junos Space Security Director for provisioning and monitoring. The Juniper ATP appliance includes a built-in management console and is not integrated with Security Director. | Single pane-of-glass management with Security Director and JSA Series integration delivers a simplified policy application and monitoring experience. |

More information about Juniper Advanced Threat Prevention products can be found at www.juniper.net/us/en/products-services/security/advanced-threat-prevention/.

## Centralized Management

Juniper Networks Junos Space Security Director delivers scalable and responsive security management that improves the reach, ease, and accuracy of security policy administration. It lets administrators manage all phases of the security policy life cycle through a single web-based interface, accessible via standard browsers. Junos Space Security Director centralizes application identification, firewall, IPS, NAT, and VPN security management for intuitive and quick policy administration.

Security Director runs on the Junos Space Network Management Platform for highly extensible, network-wide management functionality, including ongoing access to Juniper and third-party Junos Space ecosystem innovations.

SRX5400, SRX5600, and SRX5800 Services Gateways





**SRX5400**
Services Gateway

**SRX5600**
Services Gateway

**SRX5800**
Services Gateway

## Specifications

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| **Maximum Performance and Capacity[1]** | | | |
| Junos OS version tested | Junos OS 18.2 | Junos OS 18.2 | Junos OS 18.2 |
| Firewall performance, IMIX | 270 Gbps | 480 Gbps | 1 Tbps |
| Express Path Firewall Performance, IMIX | 240 Gbps per IOC3 480 Gbps per IOC4 | 240 Gbps per IOC3 480 Gbps per IOC4 | 240 Gbps per IOC3 480 Gbps per IOC4 |
| Next-Generation Firewall Performance | 100 Gbps | 210 Gbps | 400 Gbps |
| Latency (stateful firewall) | ~32μsec | ~32μsec | ~32μsec |
| AES256+SHA-1 IMIX VPN performance | 60 Gbps | 120 Gbps | 230 Gbps |
| Maximum IPsec power mode performance (IKEv2 AES256, IMIX) | 140 Gbps | 280 Gbps | 530 Gbps |
| Maximum IPS performance | 230 Gbps | 460 Gbps | 860 Gbps |
| Maximum concurrent sessions[2] | 91 Million | 182 Million | 338 Million |
| New sessions/second (sustained, tcp, 3way, firewall NAT) | 1.7/1 million | 3.4/2 Million | 6.3/4 Million |
| Maximum user supported | Unrestricted | Unrestricted | Unrestricted |
| **Network Connectivity** | | | |
| Maximum available slots for IOCs | 2 | 5 | 11 |
| IOC4 options (SRX5K-IOC4-MRAT; SRX5K-IOC4-10G) | 40x10GbE SFP+ or 12xQSFP+/QSFP28 multirate | | |
| IOC3 options (SRX5K-MPC3-100G10G; SRX5K-MPC3-40G10G) | 2x100GbE CFP2 and 4x10GbE SFP+ or 6x40GbE QSFP+ and 24x10GbE SFP+ | | |
| IOC2 options (SRX5K-MPC) | Supports 2 pluggable MIC modules per card. MICs can be mixed from the following models: 20 x 1GbE SFP (SRX-MIC-20GE-SFP) 10 x 10GbE SFP+ (SRX-MIC-10XG-SFPP) 2 x 40GbE QSFP (SRX-MIC-2X40G-QSFP) 1 x 100GbE CFP (SRX-MIC-1X100G-CFP) | | |
| **Processing Scalability** | | | |
| Maximum available slots for SPCs | 2 | 5 | 7 |
| Services Process Card (SPC) options | SPC3: Quad 14 core Intel CPU complexes | SPC3: Quad 14 core Intel CPU complexes | SPC3: Quad 14 core Intel CPU complexes |

[1] Performance, capacity and features listed are based on systems running Junos OS 18.2R1 and are measured under ideal testing conditions. Actual results may vary based on Junos OS releases and by deployments.
[2] Maximum concurrent sessions and new sessions/second improvements are a result of Junos OS 18.2.

SRX5400, SRX5600, and SRX5800 Services Gateways

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| **Firewall** | | | |
| Network attack detection | Yes | Yes | Yes |
| DoS and distributed denial of service (DDoS) protection | Yes | Yes | Yes |
| TCP reassembly for fragmented packet protection | Yes | Yes | Yes |
| Brute force attack mitigation | Yes | Yes | Yes |
| SYN cookie protection | Yes | Yes | Yes |
| Zone-based IP spoofing | Yes | Yes | Yes |
| Malformed packet protection | Yes | Yes | Yes |
| **IPsec VPN** | | | |
| Site-to-site tunnels | 15,000 | 15,000 | 15,000 |
| Tunnel interfaces | 15,000 | 15,000 | 15,000 |
| DES (56-bit), 3DES (168-bit), and AES encryption | Yes | Yes | Yes |
| MD5, SHA-1, and SHA-2 authentication | Yes | Yes | Yes |
| Manual key, IKE, PKI (X.509) | Yes | Yes | Yes |
| Perfect forward secrecy (DH groups) | 1, 2, 5 | 1, 2, 5 | 1, 2, 5 |
| Prevent replay attack | Yes | Yes | Yes |
| IPv4 and IPv6 | Yes | Yes | Yes |
| Redundant VPN gateways | Yes | Yes | Yes |
| **Intrusion Prevention System (IPS)[*]** | | | |
| Signature-based and customizable (via templates) | Yes | Yes | Yes |
| Active/active traffic monitoring | Yes | Yes | Yes |
| Stateful protocol signatures | Yes | Yes | Yes |
| Attack detection mechanisms | Stateful signatures, protocol anomaly detection (zero-day coverage), application identification | Stateful signatures, protocol anomaly detection (zero-day coverage), application identification | Stateful signatures, protocol anomaly detection (zero-day coverage), application identification |
| Attack response mechanisms | Drop connection, close connection, session packet log, session summary, e-mail | Drop connection, close connection, session packet log, session summary, e-mail | Drop connection, close connection, session packet log, session summary, e-mail |
| Attack notification mechanisms | Structured system logging | Structured system logging | Structured system logging |
| Worm protection | Yes | Yes | Yes |
| Simplified installation through recommended policies | Yes | Yes | Yes |
| Trojan protection | Yes | Yes | Yes |
| Spyware/adware/keylogger protection | Yes | Yes | Yes |
| Advanced malware protection | Yes | Yes | Yes |
| Protection against attack proliferation from infected systems | Yes | Yes | Yes |
| Reconnaissance protection | Yes | Yes | Yes |
| Request and response side attack protection | Yes | Yes | Yes |
| Compound attacks—combines stateful signatures and protocol anomalies | Yes | Yes | Yes |
| Custom attack signatures creation | Yes | Yes | Yes |

* Session capacity differs based on UTM/AppSecure/IPS features enabled.

SRX5400, SRX5600, and SRX5800 Services Gateways

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| Contexts accessible for customization | 600+ | 600+ | 600+ |
| Attack editing (port range, other) | Yes | Yes | Yes |
| Stream signatures | Yes | Yes | Yes |
| Protocol thresholds | Yes | Yes | Yes |
| Stateful protocol signatures | Yes | Yes | Yes |
| Approximate number of attacks covered | 15,000+ | 15,000+ | 15,000+ |
| Detailed threat descriptions and remediation/patch information | Yes | Yes | Yes |
| Appropriate application-usage policies created and enforced | Yes | Yes | Yes |
| Attacker and target audit trail and reporting | Yes | Yes | Yes |
| Frequency of updates | Daily and emergency | Daily and emergency | Daily and emergency |

### UTM[*]

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| Antivirus | Yes | Yes | Yes |
| Content filtering | Yes | Yes | Yes |
| Enhanced Web filtering | Yes | Yes | Yes |
| Redirect Web filtering | Yes | Yes | Yes |
| Antispam | Yes | Yes | Yes |

### AppSecure[*]

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| AppTrack (application visibility and tracking) | Yes | Yes | Yes |
| AppFirewall (policy enforcement by application name) | Yes | Yes | Yes |
| AppQoS (network traffic prioritization by application name) | Yes | Yes | Yes |
| User-based application policy enforcement | Yes | Yes | Yes |

### GPRS Security

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| GPRS stateful firewall | Yes | Yes | Yes |

### Destination Network Address Translation

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| Destination NAT with Port Address Translation (PAT) | Yes | Yes | Yes |
| Destination NAT within same subnet as ingress interface IP | Yes | Yes | Yes |
| Destination addresses and port numbers to one single address and a specific port number (M:1P) | Yes | Yes | Yes |
| Destination addresses to one single address (M:1) | Yes | Yes | Yes |
| Destination addresses to another range of addresses (M:M) | Yes | Yes | Yes |

### Source Network Address Translation

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| Static Source NAT—IP-shifting Dynamic Internet Protocol (DIP) | Yes | Yes | Yes |
| Source NAT with PAT—port translated | Yes | Yes | Yes |
| Source NAT without PAT—fix port | Yes | Yes | Yes |
| Source NAT—IP address persistency | Yes | Yes | Yes |
| Source pool grouping | Yes | Yes | Yes |
| Source pool utilization alarm | Yes | Yes | Yes |
| Source IP outside of the interface subnet | Yes | Yes | Yes |
| Interface source NAT—interface DIP | Yes | Yes | Yes |

* Session capacity differs based on UTM/AppSecure/IPS features enabled.

SRX5400, SRX5600, and SRX5800 Services Gateways

| | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| Oversubscribed NAT pool with fallback to PAT when the address pool is exhausted | Yes | Yes | Yes |
| Symmetric NAT | Yes | Yes | Yes |
| Allocate multiple ranges in NAT pool | Yes | Yes | Yes |
| Proxy Address Resolution Protocol (ARP) for physical port | Yes | Yes | Yes |
| Source NAT with loopback grouping—DIP with loopback grouping | Yes | Yes | Yes |

### User Authentication and Access Control

| | | | |
|---|---|---|---|
| Built-in (internal) database | Yes | Yes | Yes |
| RADIUS accounting | Yes | Yes | Yes |
| Web-based authentication | Yes | Yes | Yes |

### Public Key Infrastructure (PKI) Support

| | | | |
|---|---|---|---|
| PKI certificate requests (PKCS 7, PKCS 10, and CMPv2) | Yes | Yes | Yes |
| Automated certificate enrollment (SCEP) | Yes | Yes | Yes |
| Certificate authorities supported | Yes | Yes | Yes |
| Self-signed certificates | Yes | Yes | Yes |

### Virtualization

| | | | |
|---|---|---|---|
| Maximum virtual firewalls with data plane traffic segregation (logical systems/tenants) | 2000 | 2000 | 2000 |
| Maximum security zones | 2000 | 2000 | 2000 |
| Maximum virtual firewalls with data plane and administrative separation (logical systems) | 500 | 500 | 500 |
| Additional off-platform virtual firewall option with Juniper Networks vSRX Virtual Firewall (VM based) | Unlimited | Unlimited | Unlimited |
| Maximum number of VLANs | 4096 | 4096 | 4096 |

### Routing

| | | | |
|---|---|---|---|
| BGP instances | 1000 | 1000 | 1000 |
| BGP peers | 2000 | 2000 | 2000 |
| BGP routes | 1 Million[3] | 1 Million[3] | 1 Million[3] |
| OSPF instances | 400 | 400 | 400 |
| OSPF routes | 1 Million[3] | 1 Million[3] | 1 Million[3] |
| RIP v1/v2 instances | 50 | 50 | 50 |
| RIP v2 table size | 30,000 | 30,000 | 30,000 |
| Dynamic routing | Yes | Yes | Yes |
| Static routes | Yes | Yes | Yes |
| Source-based routing | Yes | Yes | Yes |
| Policy-based routing | Yes | Yes | Yes |
| Equal cost multipath (ECMP) | Yes | Yes | Yes |
| Reverse path forwarding (RPF) | Yes | Yes | Yes |
| Multicast | Yes | Yes | Yes |

### IPv6

| | | | |
|---|---|---|---|
| Firewall/stateless filters | Yes | Yes | Yes |
| Dual stack IPv4/IPv6 firewall | Yes | Yes | Yes |

[3] Maximum number of BGP and OSPF routes recommended is 100,000.

SRX5400, SRX5600, and SRX5800 Services Gateways

|  | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| RIPng | Yes | Yes | Yes |
| BFD, BGP | Yes | Yes | Yes |
| ICMPv6 | Yes | Yes | Yes |
| OSPFv3 | Yes | Yes | Yes |
| Class of service (CoS) | Yes | Yes | Yes |
| **Mode of Operation** | | | |
| Layer 2 (transparent) mode | Yes | Yes | Yes |
| Layer 3 (route and/or NAT) mode | Yes | Yes | Yes |
| **IP Address Assignment** | | | |
| Static | Yes | Yes | Yes |
| Dynamic Host Configuration Protocol (DHCP) | Yes | Yes | Yes |
| Internal DHCP server | Yes | Yes | Yes |
| DHCP relay | Yes | Yes | Yes |
| **Traffic Management Quality of Service (QoS)** | | | |
| Maximum bandwidth | Yes | Yes | Yes |
| RFC2474 IP Diffserv in IPv4 | Yes | Yes | Yes |
| Firewall filters for CoS | Yes | Yes | Yes |
| Classification | Yes | Yes | Yes |
| Scheduling | Yes | Yes | Yes |
| Shaping | Yes | Yes | Yes |
| Intelligent Drop Mechanisms (WRED) | Yes | Yes | Yes |
| Three level scheduling | Yes | Yes | Yes |
| Weighted round robin for each level of scheduling | Yes | Yes | Yes |
| Priority of routing protocols | Yes | Yes | Yes |
| Traffic management/policing in hardware | Yes | Yes | Yes |
| **High Availability (HA)** | | | |
| Active/passive, active/active | Yes | Yes | Yes |
| Unified in-service software upgrade (unified ISSU)[4] | Yes | Yes | Yes |
| Configuration synchronization | Yes | Yes | Yes |
| Session synchronization for firewall and IPsec VPN | Yes | Yes | Yes |
| Session failover for routing change | Yes | Yes | Yes |
| Device failure detection | Yes | Yes | Yes |
| Link and upstream failure detection | Yes | Yes | Yes |
| Dual control links[5] | No | Yes | Yes |
| Interface link aggregation/Link Aggregation Control Protocol (LACP) | Yes | Yes | Yes |
| Redundant fabric links | Yes | Yes | Yes |
| **Management** | | | |
| WebUI (HTTP and HTTPS) | Yes | Yes | Yes |
| Command line interface (console, telnet, SSH) | Yes | Yes | Yes |
| Junos Space Security Director | Yes | Yes | Yes |

[4] Please consult the technical publication documents and release notes for a list of compatible ISSU features.
[5] To enable dual control links on the SRX5000 line, two SRX5K-RE-1800X4 modules must be installed on each cluster member.

SRX5400, SRX5600, and SRX5800 Services Gateways

|  | SRX5400 | SRX5600 | SRX5800 |
|---|---|---|---|
| **Administration** | | | |
| Local administrator database support | Yes | Yes | Yes |
| External administrator database support | Yes | Yes | Yes |
| Restricted administrative networks | Yes | Yes | Yes |
| Root admin, admin, and read-only user levels | Yes | Yes | Yes |
| Software upgrades | Yes | Yes | Yes |
| Configuration rollback | Yes | Yes | Yes |
| **Logging/Monitoring** | | | |
| Structured syslog | Yes | Yes | Yes |
| SNMP (v2 and v3) | Yes | Yes | Yes |
| Traceroute | Yes | Yes | Yes |
| **Third-Generation Partnership Project (3GPP) TS 20.060 Compliance**[6] | | | |
| R6: 3GPP TS 29.060 version 6.21.0 | Yes | Yes | Yes |
| R7: 3GPP TS 29.060 version 7.3.0 | Yes | Yes | Yes |
| R8: 3GPP TS 29.060 version 8.3.0 | Yes | Yes | Yes |
| **Certifications** | | | |
| Safety certifications | Yes | Yes | Yes |
| Electromagnetic Compatibility (EMC) certifications | Yes | Yes | Yes |
| RoHS2 Compliant (European Directive 2011/65/EU) | Yes | Yes | Yes |
| Designed for NEBS Level 3 | Yes | Yes | Yes |
| NIST FIPS-140-2 Level 2 | Yes, Junos OS 12.3X48-D30 | Yes, Junos OS 12.3X48-D30 | Yes, Junos OS 12.3X48-D30 |
| Common Criteria NDPP+TFFW EP + VPN EP | Yes, Junos OS 15.1X49-D60 | Yes, Junos OS 15.1X49-D60 | Yes, Junos OS 15.1X49-D60 |
| USGv6 | Yes (with Junos OS 12.1X48) | Yes, Junos OS 12.3X48) | Yes, Junos OS 12.3X48) |
| **Dimensions and Power** | | | |
| Dimensions (W x H x D) | 17.45 x 8.7 x 24.5 in (44.3 x 22.1 x 62.2 cm) | 17.5 x 14 x 23.8 in (44.5 x 35.6 x 60.5 cm) | 17.5 x 27.8 x 23.5 in (44.5 x 70.5 x 59.7 cm) |
| Weight | Fully configured 128 lb (58.1 kg) | Fully Configured: 180 lb (81.7 kg) | Fully Configured: 334 lb (151.6 kg) |
| Power supply (AC) | 100 to 240 VAC | 100 to 240 VAC | 200 to 240 VAC |
| Power supply (DC) | -40 to -60 VDC | -40 to -60 VDC | -40 to -60 VDC |
| Maximum power | 4,100 watts (AC high capacity) | 4,100 watts (AC high capacity) | 8,200 watts (AC high capacity) |
| Typical Power | 1540 watts | 2440 watts | 5015 watts |
| **Environmental** | | | |
| Operating temperature – long term | 41° to 104° F (5° to 40° C) | 41° to 104° F (5° to 40° C) | 41° to 104° F (5° to 40° C) |
| Operating temperature – short term[7] | 23° to 131° F (-5° to 55° C) | 23° to 131° F (-5° to 55° C) | 23° to 131° F (-5° to 55° C) |
| Humidity – long term | 5% to 85% noncondensing | 5% to 85% noncondensing | 5% to 85% noncondensing |
| Humidity – short term[7] | 5% to 93% noncondensing but not to exceed 0.026 kg water/ kg of dry air | 5% to 93% noncondensing but not to exceed 0.026 kg water/ kg of dry air | 5% to 93% noncondensing but not to exceed 0.026 kg water/ kg of dry air |

[6] SRX5000 line of gateways operating with Junos OS release 10.0 and later are compliant with the R6, R7, and R8 releases of 3GPP TS 20.060 with the following exceptions (not supported on the SRX5000 line):
  - Section 7.5A Multimedia Broadcast and Multicast Services (MBMS) messages
  - Section 7.5B Mobile Station (MS) info change messages
  - Section 7.3.12 Initiate secondary PDP context from GGSN
[7] Short term is not greater than 96 consecutive hours, and not greater than 15 days in 1 year.

## Warranty

For warranty information, please visit www.juniper.net/support/warranty/.

SRX5400, SRX5600, and SRX5800 Services Gateways

## Juniper Networks Services and Support

Juniper Networks is the leader in performance-enabling services that are designed to accelerate, extend, and optimize your high-performance network. Our services allow you to maximize operational efficiency while reducing costs and minimizing risk, achieving a faster time to value for your network. Juniper Networks ensures operational excellence by optimizing the network to maintain required levels of performance, reliability, and availability. For more details, please visit www.juniper.net/us/en/products-services.

## Ordering Information

### Base/Bundle

| Product Number | Description |
|---|---|
| SRX5400E-B1-AC* | SRX5400 configuration 1 includes chassis, standard midplane, SRX5K-RE-1800X4, SRX5K-SCBE, 2xAC HC PEM, HC fan tray, SRX5K-SPC-4-15-320, SRX5K-MPC, and SRX-MIC-10XG-SFPP. |
| SRX5400E-B1-DC* | SRX5400 configuration 1 includes chassis, standard midplane, SRX5K-RE-1800X4, SRX5K-SCBE, 2xDC HC PEM, HC fan tray, SRX5K-SPC-4-15-320, SRX5K-MPC, and SRX-MIC-10XG-SFPP. |
| SRX5400E-B2-AC* | SRX5400 configuration 2 includes chassis, standard midplane, SRX5K-RE-1800X4, SRX5K-SCBE, 2xAC HC PEM, HC fan tray, 2xSRX5K-SPC-4-15-320, SRX5K-MPC, and SRX-MIC-10XG-SFPP. |
| SRX5400E-B2-DC* | SRX5400 configuration 2 includes chassis, standard midplane, SRX5K-RE-1800X4, SRX5K-SCBE, 2xDC HC PEM, HC fan tray, 2xSRX5K-SPC-4-15-320, SRX5K-MPC, and SRX-MIC-10XG-SFPP. |
| SRX5400E-B5-AC* | SRX5400E cluster bundle includes 2xSRX5400E-B1-AC (SCB2, RE2, 1xSPC2, 1xIOC2, 1x10GbE MIC, 2xAC PEMs), 4xSRX5600-PWR-2520-AC-S (extra redundant AC PEMS), and 2xSRX5400-APPSEC-1 (1 year). |
| SRX5400E-B5-DC* | SRX5400E cluster bundle includes 2xSRX5400E-B1-DC (SCB2, RE2, 1xSPC2, 1xIOC2, 1x10GbE MIC, 2xDC PEMs), 4xSRX5600-PWR-2400-DC-S (extra redundant DC PEMS), and 2xSRX5400-APPSEC-1 (1 year). |
| SRX5400X-B1** | SRX5400 configuration includes chassis, enhanced midplane, SRX5K-RE-1800X4, SRX5K-SCB3, 2xHC PEM, HC fan tray, SRX5K-SPC-4-15-320, SRX5K-MPC, SRX-MIC-10XG-SFPP. |
| SRX5400X-B2** | SRX5400 configuration includes chassis, enhanced midplane, SRX5K-RE-1800X4, SRX5K-SCB3, 2xHC PEM, HC fan tray, SRX5K-SPC-4-15-320, SRX5K-MPC2-340G10G. |
| SRX5400X-B3** | SRX5400 configuration includes chassis, enhanced midplane, SRX5K-RE-1800X4, SRX5K-SCB3, 2xHC PEM, HC fan tray, SRX5K-SPC-4-15-320, SRX5K-MPC3-100G10G. |
| SRX5400X-B5-AC | SRX5400X cluster bundle includes 2xSRX5400X-B1 (SCB3, RE2, 1xSPC2, 1xIOC2, 1x10GbE MIC, 2xAC PEMs), 4xSRX5600-PWR-2520-AC-S (extra redundant AC PEMS), and 2xSRX5400-APPSEC-1 (1 year). |
| SRX5400X-B5-DC | SRX5400X cluster bundle includes 2xSRX5400X-B1 (SCB3, RE2, 1xSPC2, 1xIOC2, 1x10GbE MIC, 2xDC PEMs), 4xSRX5600-PWR-2400-DC-S (extra redundant DC PEMS), and 2xSRX5400-APPSEC-1 (1 year). |
| SRX5400X-B6-AC | SRX5400X cluster bundle includes 2xSRX5400X-B1 (SCB3, RE2, 1xSPC2, 1xIOC2, 1x10GbE MIC, 2xAC PEMs), 4xSRX5600-PWR-2520-AC-S (extra redundant AC PEMS), and 2xSRX5400-APPSEC-1 (1 year). |
| SRX5400X-B6-DC | SRX5400X cluster bundle includes 2xSRX5400X-B1 (SCB3, RE2, 1xSPC2, 1xIOC2, 1x10GbE MIC, 2xDC PEMs), 4xSRX5600-PWR-2400-DC-S (extra redundant DC PEMS), and 2xSRX5400-APPSEC-1 (1 year). |
| SRX5400X-B7-AC | SRX5400X cluster bundle includes 2xSRX5400X-B1 (SCB3, RE2, 2xSPC2, 1xIOC2, 1x10GbE MIC, 2xAC PEMs), 4xSRX5600-PWR-2520-AC-S (extra redundant AC PEMS), and 2xSRX5400-APPSEC-1 (1 year). |
| SRX5400X-B7-DC | SRX5400X cluster bundle includes 2xSRX5400X-B1 (SCB3, RE2, 2xSPC2, 1xIOC2, 1x10GbE MIC, 2xDC PEMs), 4xSRX5600-PWR-2400-DC-S (extra redundant DC PEMS), and 2xSRX5400-APPSEC-1 (1 year). |
| SRX5600E-BASE-AC* | SRX5600 chassis includes standard midplane, SRX5K-RE-1800X4, SRX5K-SCBE, 2xAC HC PEM, HC fan tray. |
| SRX5600E-BASE-DC* | SRX5600 chassis includes standard midplane, SRX5K-RE-1800X4, SRX5K-SCBE, 2xDC HC PEM, HC fan tray. |
| SRX5600E-BASE** | SRX5600 configuration includes chassis, enhanced midplane, SRX5K-RE-1800X4, SRX5K-SCB3, 2xHC PEM, HC fan tray. |
| SRX5800E-BASE-AC* | SRX5800 chassis includes standard midplane, SRX5K-RE-1800X4, 2xSRX5K-SCBE, 2xAC HC PEM, 2xHC fan tray. |
| SRX5800E-BASE-DC* | SRX5800 chassis includes standard midplane, SRX5K-RE-1800X4, 2xSRX5K-SCBE, 2xDC HC PEM, 2xHC fan tray. |
| SRX5800E-BASE** | SRX5800 configuration includes chassis, enhanced midplane, SRX5K-RE-1800X4, 2xSRX5K-SCB3, 2xHC PEM, 2xHC fan tray. |
| SRX5400-BASE2 | SRX5400 configuration includes chassis, enhanced midplane, SRX5K-RE3-128G, 1xSRX5K-SCB3, 2xHC PEM, 1xHC fan tray; supported by Junos release 19.3R1 or later |
| SRX5600-BASE2 | SRX5600 configuration includes chassis, enhanced midplane, SRX5K-RE3-128G, 2xSRX5K-SCB4, 2xHC PEM, 1xHC fan tray; supported by Junos release 19.3R1 or later |
| SRX5800-BASE2 | SRX5800 configuration includes chassis, enhanced midplane, SRX5K-RE3-128G, 2xSRX5K-SCB4, 2xHC PEM, 2xHC fan tray; supported by Junos release 19.3R1 or later |

### SRX5000 Line Components

| Product Number | Description | Compatible Systems |
|---|---|---|
| SRX5K-SCBE* | SRX5000 line enhanced Switch Control Board | SRX5400E SRX5600E SRX5800E |
| SRX5K-SCB3** | SRX5000 line SCB3 Switch Control Board | SRX5400X SRX5600X SRX5800X |
| SRX5K-SCB4 | SRX5000 line SCB4 Switch Control Board | SRX5600X SRX5800X |
| SRX5K-RE-1800X4* | SRX5000 line RE, 1.8 GHz quad-core Xeon, 16 GB DRAM, 128 GB SSD | SRX5400E SRX5600E SRX5800E SRX5400X SRX5600X SRX5800X |
| SRX5K-RE3-128G | SRX5000 line RE, 6 core 2.0GHz with 128G memory, secure boot | SRX5400E SRX5600E SRX5800E SRX5400X SRX5600X SRX5800X |

*These products require Junos OS 12.1X47-D15 or greater.
**Requires Junos OS 15.1X49-D10 or greater.

SRX5400, SRX5600, and SRX5800 Services Gateways

| Product Number | Description | Compatible Systems |
|---|---|---|
| SRX5K-SPC-4-15-320 | SRX5000 line next-generation Services Processing Card (SCP) featuring 20 million sessions | All models |
| SRX5K-SPC3 | SRX5000 line latest next-generation Service Processing Card | All models |
| SRX-5K-BLANK | Blank panel for SRX5000 line | All models |
| SRX5K-IOC4-10G | 40x10GbE SFP+ port linecard; optics sold separately | SRX5400E SRX5600E SRX5800E SRX5400X SRX5600X SRX5800X |
| SRX5K-IOC4-MRAT | 12xQSFP+/QSFP28 multirate port linecard; optics sold separately | SRX5400E SRX5600E SRX5800E SRX5400X SRX5600X SRX5800X |
| SRX5K-MPC3-100G10G** | SRX5000 line IOC3, 2x100GbE and 4x10GbE port | SRX5400E SRX5600E SRX5800E SRX5400X SRX5600X SRX5800X |
| SRX5K-MPC3-40G10G** | SRX5000 line IOC3, 6x40GbE and 24x10GbE ports | SRX5400E SRX5600E SRX5800E SRX5400X SRX5600X SRX5800X |
| SRX5K-MPC | MPC for 100GbE, 40GbE, 10GbE, and 1GbE MIC Interfaces | All models; supports 2 MIC modules |
| SRX-MIC-1X100G-CFP | MIC with 1x100GbE CFP interface MIC module for SRX5K-MPC | All models |
| SRX-MIC-2X40G-QSFP | MIC with 2x40GbE QSFP+ interfaces MIC module for SRX5K-MPC | All models |
| SRX-MIC-10XG-SFPP | MIC with 10x10GbE SFP+ interfaces, MIC module for SRX5K-MPC | All models |
| SRX-MIC-20GE-SFP | MIC with 20x1GbE SFP interfaces, MIC module for SRX5K-MPC | All models |

### Transceivers

| Product Number | Description | Compatible Systems |
|---|---|---|
| SRX-SFP-1GE-LH | Small form factor pluggable (SFP) 1000BASE-LH GbE optic module | SRX5K-MPC |
| SRX-SFP-1GE-LX | SFP 1000BASE-LX GbE optic module | SRX5K-MPC |
| SRX-SFP-1GE-SX | SFP 1000BASE-SX GbE optic module | SRX5K-MPC |
| SRX-SFP-1GE-T | SFP 1000BASE-T GbE module (uses Cat 5 cable) | SRX5K-MPC |
| SRX-SFP-10GE-LR | 10GbE SFP+ optical transceiver, LR | SRX5K-MPC SRX5K-MPC3 |
| SRX-SFP-10GE-SR | 10GbE SFP+ optical transceiver, SR | SRX5K-MPC SRX5K-MPC3 |
| SRX-CFP-100G-LR4 | 100GbE LR4 C form-factor pluggable transceiver (CFP) (IEEE 802.3ba) for SRX-MIC-1X100G-CFP | SRX5K-MPC |
| SRX-CFP-100G-SR10 | 100GbE SR10 CFP transceiver, MMF, 100M, OM3 for SRX-MIC-1X100G-CFP | SRX5K-MPC |

| Product Number | Description | Compatible Systems |
|---|---|---|
| SRX-QSFP-40G-SR4 | 40GbE SR4 quad small form-factor pluggable plus transceiver (QSFP+) transceiver for SRX-MIC-2X40G-QSFP | SRX5K-MPC SRX5K-MPC3 |
| SRX-SFPP-10G-SR-ET | 10GbE SR SFP+ transceiver, 200M ET 0-85 | SRX5K-MPC SRX5K-MPC3 |
| SRX-SFPP-10G-LR | 10GbE SFP+ optical transceiver, LR | SRX5K-MPC SRX5K-MPC3 |
| SRX-QSFP-40G-LR4 | 40GbE QSFP+ optical transceiver, LR | SRX5K-MPC SRX5K-MPC3 |
| CFP2-100GBASE-SR10 | CFP2 100GbE optical transceiver, SR | SRX5K-MPC3-100G10G |
| CFP2-100GBASE-LR4 | CFP2 100GbE optical transceiver, LR | SRX5K-MPC3-100G10G |
| JNP-QSFP-40G-LX4 | QSFP+ 40GBASE-LX4 40GbE transceiver, 100 m (150 m) with OM3 (OM4) duplex multimode fiber-optic (MMF) fiber | SRX5K-MPC, SRX5K-MPC3-40G10G |
| SFPP-10G-DT-ZRC2 | 10G-ZR Eth OTN tunable SFP Plus 1.5W 70 degrees C | SRX5K-IOC4-10G |
| SFPP-10G-ZR-OTN-XT | SFP+ 10GbE pluggable transceiver, SMF, 1550nm for 80KM transmission, extended temperature | SRX5K-IOC4-10G |
| SFPP-10GE-ER | SFP+ 10GbE pluggable transceiver, SMF, 1550nm for 40KM transmission | SRX5K-IOC4-10G |
| SFPP-10GE-ER-XT | SFP+ 10GbE pluggable transceiver with extended Temperature, SMF, 1550nm for 40KM transmission | SRX5K-IOC4-10G |
| SFPP-10GE-LR | SFP+ 10GbE pluggable transceiver, SMF, 1310nm for 10KM transmission | SRX5K-IOC4-10G |
| SFPP-10GE-SR | SFP+ 10GbE pluggable transceiver, MMF, 850nm for 300m transmission | SRX5K-IOC4-10G |
| JNP-100G-AOC-10M | 100G QSFP28 to QSFP28 active optical cables,10m | SRX5K-IOC4-MRAT |
| JNP-100G-AOC-15M | 100G QSFP to QSFP active optical ca-bles,15M | SRX5K-IOC4-MRAT |
| JNP-100G-AOC-1M | 100G QSFP to QSFP active optical ca-bles,1M | SRX5K-IOC4-MRAT |
| JNP-100G-AOC-20M | 100G QSFP28 to QSFP28 active optical cables,20m | SRX5K-IOC4-MRAT |
| JNP-100G-AOC-30M | 100G QSFP28 to QSFP28 active optical cables,30m | SRX5K-IOC4-MRAT |
| JNP-100G-AOC-3M | 100G QSFP28 to QSFP28 active optical cables,3m | SRX5K-IOC4-MRAT |
| JNP-100G-AOC-5M | 100G QSFP28 to QSFP28 active optical cables,5m | SRX5K-IOC4-MRAT |
| JNP-100G-AOC-7M | 100G QSFP28 to QSFP28 active optical cables,7m | SRX5K-IOC4-MRAT |
| JNP-QSFP-100G-CWDM | QSFP28 100GBase-CWDM4 Optics for up to 2km transmission over serial SMF | SRX5K-IOC4-MRAT |
| JNP-QSFP-100G-PSM4 | QSFP28 100GBase-PSM4 Optics for up to 500m transmission over parallel SMF | SRX5K-IOC4-MRAT |
| JNP-QSFP-100G-SR4 | QSFP28 100GBase-SR4 Optics for up to 100m transmission over parallel MMF | SRX5K-IOC4-MRAT |

**SRX5400, SRX5600, and SRX5800 Services Gateways**

| Product Number | Description | Compatible Systems |
|---|---|---|
| QSFP-100G-ER4L | 100GBASE-ER4-Lite QSFP28 plugga-ble module, support only Ethernet rate | SRX5K-IOC4-MRAT |
| QSFP-100GBASE-CWDM | QSFP28, 100GBASE-CWDM4 | SRX5K-IOC4-MRAT |
| QSFP-100GBASE-LR4 | 100GBASE-LR4 QSFP28 pluggable module, support only Ethernet rate | SRX5K-IOC4-MRAT |
| QSFP-100GBASE-SR4 | 100GBASE-SR4 QSFP28 pluggable module, support only Ethernet rate | SRX5K-IOC4-MRAT |
| QSFPP-40G-LX4 | 40GBASE-LX4 QSFP+ pluggable trans-ceiver | SRX5K-IOC4-MRAT |
| QSFPP-40GBASE-ER4 | 40GBASE-ER4 QSFP+ pluggable transceiver | SRX5K-IOC4-MRAT |
| QSFPP-40GBASE-LR4 | One 40GBASE-LR4 QSFP+ pluggable module | SRX5K-IOC4-MRAT |
| QSFPP-40GBASE-SR4 | One 40GBASE-SR4 QFP+ pluggable module | SRX5K-IOC4-MRAT |
| QSFPP-4X10GE-LR | QSFP+ 4x10GBASE LR Ethernet mod-ule | SRX5K-IOC4-MRAT |
| QSFPP-4X10GE-SR | QSFP+ 4x10GBASE SR Ethernet mod-ule | SRX5K-IOC4-MRAT |

### AppSecure Subscription

| Product Number | Description |
|---|---|
| SRX5400-APPSEC-1 | One year subscription for AppSecure and IPS updates for SRX5400, SRX5400E |
| SRX5400-APPSEC-3 | Three year subscription for AppSecure and IPS updates for SRX5400, SRX5400E |
| SRX5400-APPSEC-5 | Five year subscription for AppSecure and IPS updates for SRX5400, SRX5400E |
| SRX5600-APPSEC-A-1 | One year subscription for AppSecure and IPS updates for SRX5600, SRX5600E |
| SRX5600-APPSEC-A-3 | Three year subscription for AppSecure and IPS updates for SRX5600 , SRX5600E |
| SRX5600-APPSEC-A-5 | Five year subscription for AppSecure and IPS updates for SRX5600, SRX5600E |
| SRX5800-APPSEC-A-1 | One year subscription for AppSecure and IPS updates for SRX5800, SRX5800E |
| SRX5800-APPSEC-A-3 | Three year subscription for AppSecure and IPS updates for SRX5800 |
| SRX5800-APPSEC-A-5 | Five year subscription for AppSecure and IPS updates for SRX5800, SRX5800E |

### IPS Subscription

| Product Number | Description |
|---|---|
| SRX5K-IDP | One year IPS signature subscription for SRX5000 line |
| SRX5K-IDP-3 | Three year IPS signature subscription for SRX5000 line |
| SRX5K-IDP-5 | Five year IPS signature subscription for SRX5000 line |

### UTM Subscription

| Product Number | Description |
|---|---|
| SRX5400-CS-BUN-1 | One year subscription for AppSecure, IDP, EWF, AV, and antispam service on SRX5400, SRX5400E |
| SRX5400-CS-BUN-3 | Three year subscription for AppSecure, IDP, EWF, AV, and antispam service on SRX5400, SRX5400E |
| SRX5400-CS-BUN-5 | Five year subscription for AppSecure, IDP, EWF, AV, and antispam service on SRX5400, SRX5400E |
| SRX5400-S-AS-1 | One year subscription for Juniper-Sophos antispam service on SRX5400, SRX5400E |

| Product Number | Description |
|---|---|
| SRX5400-S-AS-3 | Three year subscription for Juniper-Sophos antispam service on SRX5400, SRX5400E |
| SRX5400-S-AS-5 | Five year subscription for Juniper-Sophos antispam service on SRX5400, SRX5400E |
| SRX5400-S-AV-1 | One year subscription for Juniper-Sophos AV service on SRX5400, SRX5400E |
| SRX5400-S-AV-3 | Three year subscription for Juniper-Sophos AV service on SRX5400, SRX5400E |
| SRX5400-S-AV-5 | Five year subscription for Juniper-Sophos AV service on SRX5400, SRX5400E |
| SRX5400-W-EWF-1 | One year subscription for Juniper-Websense Enhanced Web Filtering service on SRX5400, SRX5400E |
| SRX5400-W-EWF-3 | Three year subscription for Juniper-Websense Enhanced Web Filtering service on SRX5400, SRX5400E |
| SRX5400-W-EWF-5 | Five year subscription for Juniper-Websense Enhanced Web Filtering service on SRX5400, SRX5400E |
| SRX5600-CS-BUN-1 | One year subscription for AppSecure, IDP, EWF, AV, and antispam service on SRX5600, SRX5600E |
| SRX5600-S-AS-1 | One year subscription for Juniper-Sophos antispam service on SRX5600, SRX5600E |
| SRX5600-S-AV-1 | One year subscription for Juniper-Sophos AV service on SRX5600, SRX5600E |
| SRX5600-W-EWF-1 | One year subscription for Juniper-Websense Enhanced Web Filtering service on SRX5600, SRX5600E |
| SRX5800-CS-BUN-1 | One year subscription for AppSecure, IDP, EWF, AV, and antispam service on SRX5800, SRX5800E |
| SRX5800-S-AS-1 | One year subscription for Juniper-Sophos antispam service on SRX5800, SRX5800E |
| SRX5800-S-AV-1 | One year subscription for Juniper-Sophos AV service on SRX5800, SRX5800E |
| SRX5800-W-EWF-1 | One year subscription for Juniper-Websense Enhanced Web Filtering service on SRX5800, SRX5800E |

### Advanced Threat Prevention Subscription

| | |
|---|---|
| SRX5400-ATP-1 | Juniper Sky ATP, SRX5400, 1 year |
| SRX5400-ATP-3 | Juniper Sky ATP, SRX5400, 3 year |
| SRX5400-ATP-5 | Juniper Sky ATP, SRX5400, 5 year |
| SRX5600-ATP-1 | Juniper Sky ATP, SRX5600, 1 year |
| SRX5600-ATP-3 | Juniper Sky ATP, SRX5600, 3 year |
| SRX5600-ATP-5 | Juniper Sky ATP, SRX5600, 5 year |
| SRX5800-ATP-1 | Juniper Sky ATP, SRX5800, 1 year |
| SRX5800-ATP-3 | Juniper Sky ATP, SRX5800, 3 year |
| SRX5800-ATP-5 | Juniper Sky ATP, SRX5800, 5 year |

### Express Path (Formerly Service Offload License)*

| Product Number | Description | Compatible Systems |
|---|---|---|
| SRX5K-SVCS-OFFLOAD-RTU | Perpetual license (pre-installed in Junos 12.3X48 or later) | SRX5400 SRX5600 SRX5800 |

\* In 12.3X48-D10, the Services Offload feature was renamed Express Path and is included without requiring a license for Junos OS X48 releases and beyond. With the X48 release, the Express Path feature is supported on all SRX5000 Services Gateways including the SRX5400. For versions prior to the X48 release, the Services Offload license is still required and supports only SRX5600 and SRX5800 products. Express Path is available on the SRX5400, SRX5600, and SRX5800 Services Gateways. No separate license required.

SRX5400, SRX5600, and SRX5800 Services Gateways

| Product Number | Description |
|---|---|
| **Logical Systems and Tenant Systems License** | |
| SRX-5400-LSYS-1 | 1 incremental Logical Systems License for SRX5400, SRX5400E |
| SRX-5400-LSYS-5 | 5 incremental Logical Systems Licenses for SRX5400, SRX5400E |
| SRX-5400-LSYS-25 | 25 incremental Logical Systems Licenses for SRX5400, SRX5400E |
| SRX-5600-LSYS-1 | 1 incremental Logical Systems License for SRX5600 |
| SRX-5600-LSYS-5 | 5 incremental Logical Systems Licenses for SRX5600, SRX5600E |
| SRX-5600-LSYS-25 | 25 incremental Logical Systems Licenses for SRX5600 |
| SRX-5800-LSYS-1 | 1 incremental Logical Systems License for SRX5800, SRX5800E |
| SRX-5800-LSYS-5 | 5 incremental Logical Systems Licenses for SRX5800, SRX5800E |
| SRX-5800-LSYS-25 | 25 incremental Logical Systems Licenses for SRX5800, SRX5800E |
| **Power Cords** | |
| CBL-M-PWR-RA-AU | AC power cord, Australia (SAA/3/15), C19, 15 A/250 V, 2 m, Right Angle |
| CBL-M-PWR-RA-CH | AC power cord, China (GB 2099.1-1996, Angle), C19, 16 A/250 V, 2.5 m, Right Angle |
| CBL-M-PWR-RA-EU | AC power cord, Cont. Europe (VII), C19, 16 A/250 V, 2.5 m, Right Angle |
| CBL-M-PWR-RA-IT | AC power cord, Italy (I/3/16), C19, 16 A/250 V, 2.5 m, Right Angle |
| CBL-M-PWR-RA-JP | AC power cord, Japan (NEMA LOCKING), C19, 20 A/250 V, 2.5 m, Right Angle |

| Product Number | Description |
|---|---|
| CBL-M-PWR-RA-TWLK-US | AC power cord, US (NEMA LOCKING), C19, 20 A/250 V, 2.5 m, Right Angle |
| CBL-M-PWR-RA-UK | AC power cord, UK (BS89/13), C19, 13 A/250 V, 2.5 m, Right Angle |
| CBL-M-PWR-RA-US | AC power cord, USA/Canada (N6/20), C19, 20 A/250 V, 2.5 m, Right Angle |
| CBL-PWR-RA-JP15 | AC power cable, JIS 8303 15 A/125 V 2.5 m length for Japan, Right Angle |
| CBL-PWR-RA-TWLK-US15 | AC power cable, NEMA L5-15P (twist lock) 15 A/125 V 2.5 m length for U.S., Canada, and Mexico, Right Angle |
| CBL-PWR-RA-US15 | AC power cable, NEMA 5-15 15 A/125 V, 2.5 m length for North America, parts of South America, parts of Central America, parts of Africa, and parts of Asia, Right Angle |

## About Juniper Networks

Juniper Networks brings simplicity to networking with products, solutions and services that connect the world. Through engineering innovation, we remove the constraints and complexities of networking in the cloud era to solve the toughest challenges our customers and partners face daily. At Juniper Networks, we believe that the network is a resource for sharing knowledge and human advancement that changes the world. We are committed to imagining groundbreaking ways to deliver automated, scalable and secure networks to move at the speed of business.

**Corporate and Sales Headquarters**

Juniper Networks, Inc.

1133 Innovation Way

Sunnyvale, CA 94089 USA

**Phone: 888.JUNIPER (888.586.4737)**

**or +1.408.745.2000**

**www.juniper.net**

**APAC and EMEA Headquarters**

Juniper Networks International B.V.

Boeing Avenue 240

1119 PZ Schiphol-Rijk

Amsterdam, The Netherlands

**Phone: +31.0.207.125.700**





Copyright 2019 Juniper Networks, Inc. All rights reserved. Juniper Networks, the Juniper Networks logo, Juniper, and Junos are registered trademarks of Juniper Networks, Inc. in the United States and other countries. All other trademarks, service marks, registered marks, or registered service marks are the property of their respective owners. Juniper Networks assumes no responsibility for any inaccuracies in this document. Juniper Networks reserves the right to change, modify, transfer, or otherwise revise this publication without notice.