**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00040-JRG-RSP |
| | § | LEAD CASE |
| IMPERVA, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| IMPLICIT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00037-JRG-RSP |
| | § | CONSOLIDATED CASE |
| JUNIPER NETWORKS, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## <u>ORDER</u>

Before the Court is Defendant Juniper Networks, Inc.'s ("Juniper") Motion to Transfer Venue to the Northern District of California ("Original Motion"). Case No. 2:19-cv-00037, Dkt. No. 18. This Original Motion sought to transfer the action against Juniper to the Northern District of California pursuant to 28 U.S.C. § 1404. *Id.*

Juniper has now filed a Supplemental Motion to Transfer Venue ("Supplemental Motion"). Case No. 2:19-cv-00040, Dkt. No. 164. In the Supplemental Motion, Juniper contends that it discovered an applicable forum selection clause which justifies transferring this case to the District of Delaware. *Id.*

In light of the Supplemental Motion seeking to transfer the Juniper action to a different venue, the Court **DENIES-AS-MOOT** the Original Motion. The Court will address the Supplemental Motion in a subsequent order.

**SIGNED this 11th day of December, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE