# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br>　　　*Plaintiff*,<br>　　v.<br><br>IMPERVA, INC.,<br>　　　*Defendant*. | Civil Action No. 2:19-cv-40-JRG-RSP<br>LEAD CASE |
| IMPLICIT, LLC,<br>　　　*Plaintiff*,<br>　　v.<br><br>JUNIPER NETWORKS, INC.,<br>　　　*Defendant*. | Civil Action No. 2:19-cv-37-JRG-RSP |

## ORDER GRANTING DEFENDANT JUNIPER NETWORKS, INC.'S MOTION TO STAY PENDING DECISION ON TRANSFER MOTIONS

Before the Court is Defendant Juniper Networks, Inc.'s Motion to Stay Pending Decision on Transfer Motions. The Court, having considered same, is of the opinion the motion should be GRANTED.