**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
|     *Plaintiff*, | § | |
| v. | § | Case No. 2:19-cv-00040-JRG-RSP |
| IMPERVA, INC., | § | LEAD CASE |
|     *Defendant*. | § | |
| | § | |
| IMPLICIT, LLC, | § | |
|     *Plaintiff*, | § | |
| v. | § | Case No. 2:19-cv-00037-JRG-RSP |
| JUNIPER NETWORKS, INC., | § | CONSOLIDATED CASE |
|     *Defendant*. | § | |

**ORDER**

Before the Court is Plaintiff Implicit, LLC's ("Implicit") Unopposed Motion for Extension of Time ("Motion for Extension"). Dkt. No. 169. This Motion for Extension seeks to extend the time for Implicit to file a Response to Defendant Juniper Networks, Inc.'s Supplemental Motion to Transfer Venue to the District of Delaware ("Supplemental Motion") (Dkt. No. 164) from December 23, 2019, to January 3, 2020. Dkt. No. 169.

After consideration, the Court **GRANTS** Implicit's Motion for Extension. It is therefore **ORDERED** that Implicit's deadline to file a response to Juniper's Supplemental Motion is hereby extended to January 3, 2020.

**SIGNED this 26th day of December, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE