# EXHIBIT 3

HAROLD J. MCELHINNY (BAR NO. 66781)
Email: HMcElhinny@mofo.com
MICHAEL A. JACOBS (BAR NO. 111664)
Email: MJacobs@mofo.com
MATTHEW I. KREEGER (BAR NO. 153793)
Email: MKreeger@mofo.com
RICHARD S.J. HUNG (BAR NO. 197425)
Email: RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
PALO ALTO NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO ALTO NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC. <br><br> Defendant. | Case No. <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Palo Alto Networks, Inc. complains and alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq.*

**THE PARTIES**

2. Plaintiff Palo Alto Networks, Inc. ("PAN") is a Delaware corporation having its principal place of business at 3300 Olcott Street, Santa Clara, California 95054.

3. On information and belief, Defendant Juniper Networks, Inc. ("Juniper") is a Delaware corporation having its principal place of business at 1194 North Mathilda Avenue, Sunnyvale, California 94089.

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Juniper because Juniper has conducted and conducts business in this District, has committed and continues to commit acts of patent infringement in this District, and has harmed and continues to harm PAN by making, using, offering to sell, or selling infringing products and services in this District.

6. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(b).

**INTRADISTRICT ASSIGNMENT**

7. This is an Intellectual Property Action to be assigned on a district-wide basis pursuant to Civil Local Rule 3-2(c).

**COUNT I**

**INFRINGEMENT OF U.S. PATENT NO. 5,887,139**

8. PAN incorporates and re-alleges paragraphs 1 through 7 of this Complaint.

9. PAN is the owner by assignment of U.S. Patent No. 5,887,139 ("the '139 patent"). The '139 patent duly and legally issued on March 23, 1999 and is entitled "Configurable Graphical User Interface Useful in Managing Devices Connected to a Network."

10. Juniper has infringed and continues to infringe one or more claims of the '139 patent in violation of 35 U.S.C. § 271. Juniper's acts of infringement include direct infringement by making, using, offering to sell, or selling its J Series, M Series, MX Series, T Series, and TX Matrix routers, SRX Series and MAG Series gateways, and EX Series and QFX Series switches with Junos software and its J-Web network management application in the United States, including in this District.

11. Juniper committed these acts of infringement without license or authorization.

12. As a result of Juniper's infringement of the '139 patent, PAN has suffered damages and will continue to suffer damages.

13. Juniper will continue to infringe unless this Court enjoins Juniper and its agents, servants, employees, representatives, and all others acting in active concert with it from infringing the '139 patent.

## COUNT II

### INFRINGEMENT OF U.S. PATENT NO. 7,779,096

14. PAN incorporates and re-alleges paragraphs 1 through 7 of this Complaint.

15. PAN is the owner by assignment of U.S. Patent No. 7,779,096 ("the '096 patent"). The '096 patent duly and legally issued on August 17, 2010 and is entitled "System and Method for Managing a Shared Streaming Media Service."

16. Juniper has infringed and continues to infringe one or more claims of the '096 patent in violation of 35 U.S.C. § 271. Juniper's acts of infringement include direct infringement by making, using, offering to sell, or selling its VXA Series Content Engines and Junos Content Encore software in the United States, including in this District.

17. Juniper committed these acts of infringement without license or authorization.

18. As a result of Juniper's infringement of the '096 patent, PAN has suffered damages and will continue to suffer damages.

19. Juniper will continue to infringe unless this Court enjoins Juniper and its agents, servants, employees, representatives, and all others acting in active concert with it from infringing the '096 patent.

## COUNT III

### INFRINGEMENT OF U.S. PATENT NO. 7,797,439

20. PAN incorporates and re-alleges paragraphs 1 through 7 of this Complaint.

21. PAN is the owner by assignment of U.S. Patent No. 7,797,439 ("the '439 patent"). The '439 patent duly and legally issued on September 14, 2010 and is entitled "Cost-Aware Admission Control for Streaming Media Server."

22. Juniper has infringed and continues to infringe one or more claims of the '439 patent in violation of 35 U.S.C. § 271. Juniper's acts of infringement include direct infringement by making, using, offering to sell, or selling its VXA Series Content Engines and Junos Content Encore software in the United States, including in this District.

23. Juniper committed these acts of infringement without license or authorization.

24. As a result of Juniper's infringement of the '439 patent, PAN has suffered damages and will continue to suffer damages.

25. Juniper will continue to infringe unless this Court enjoins Juniper and its agents, servants, employees, representatives, and all others acting in active concert with it from infringing the '439 patent.

**PRAYER FOR RELIEF**

WHEREFORE, PAN prays for relief, as follows:

1. A judgment that Juniper has infringed the '139, '096, and '439 patents;

2. An injunction barring Juniper and its officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in privity or in concert with them, and their parents, subsidiaries, divisions, successors and assigns, from further acts of infringement of PAN's asserted patents;

3. An award of damages adequate to compensate for Juniper's infringement of PAN's asserted patents, and in no event less than a reasonable royalty for PAN's acts of infringement, including all pre-judgment and post-judgment interest at the maximum rate permitted by law;

4. An award of trebled damages under 35 U.S.C. § 284;

5. A declaration that this case is exceptional under 35 U.S.C. § 285;

6. An award of PAN's costs and attorneys' fees under 35 U.S.C. § 285; and

7. Any other remedy to which PAN may be entitled.

Dated: September 30, 2013            MORRISON & FOERSTER LLP


                                     By:  */s/ Michael A. Jacobs*
                                          MICHAEL A. JACOBS

                                          Attorneys for Plaintiff
                                          PALO ALTO NETWORKS, INC.

COMPLAINT FOR PATENT INFRINGEMENT
CASE NO.
sf-3332083

4

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Palo Alto Networks, Inc. hereby demands trial by jury on all issues raised by the Complaint.

Dated: September 30, 2013        MORRISON & FOERSTER LLP

By: */s/ Michael A. Jacobs*
    MICHAEL A. JACOBS

Attorneys for Plaintiff
PALO ALTO NETWORKS, INC.

COMPLAINT FOR PATENT INFRINGEMENT
CASE NO.
sf-3332083

5