# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>*Defendant*. | Civil Action No. 2:19-cv-37-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JUNIPER NETWORKS, INC.'S MOTION TO DISQUALIFY DR. KEVIN ALMEROTH AS AN EXPERT FOR IMPLICIT

Before the Court is Defendant Juniper Networks, Inc.'s Motion To Disqualify Dr. Kevin Almeroth As An Expert For Implicit, and after consideration of the same, the Court is of the opinion that the same should be GRANTED.

IT IS THEREFORE ORDERED that Dr. Almeroth is disqualified from serving as an expert witness adverse to Juniper in this case, and further that his expert report dated November 26, 2019 shall be excluded.

**IT IS SO ORDERED.**