**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC,<br>    *Plaintiff*,<br>v.<br>IMPERVA, INC.,<br>    *Defendant*. | § § § § § § § § | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| IMPLICIT, LLC,<br>    *Plaintiff*,<br>v.<br>JUNIPER NETWORKS, INC.,<br>    *Defendant*. | § § § § § § § § | Case No. 2:19-cv-00037-JRG-RSP<br>CONSOLIDATED CASE |

## ORDER

Before the Court is Plaintiff Implicit, LLC's ("Implicit") Unopposed Motion for Extension of Time ("Motion for Extension") (Dkt. No. 181), which seeks to extend the time for Plaintiff to file a response to Defendant Juniper Networks, Inc.'s ("Juniper") Opposed Motion to Disqualify Dr. Kevin Almeroth as an Expert for Implicit ("Motion to Disqualify") (Dkt. No. 177). The Motion for Extension requests an extension up to and through January 17, 2020 to file the response. Dkt. No. 181.

After consideration, the Court **GRANTS** Implicit's Motion for Extension. It is therefore **ORDERED** that the deadline for Implicit to file any response to the Motion to Disqualify is extended up to and through January 17, 2020.

**SIGNED this 6th day of January, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE