**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| IMPLICIT, LLC, <br> *Plaintiff*, <br> v. <br><br> IMPERVA, INC., <br> *Defendant*. | Civil Action No. 2:19-cv-40-JRG-RSP <br> LEAD CASE |
| IMPLICIT, LLC, <br> *Plaintiff*, <br> v. <br><br> JUNIPER NETWORKS, INC., <br> *Defendant*. | Civil Action No. 2:19-cv-37-JRG-RSP |

**DEFENDANT JUNIPER NETWORKS, INC.'S UNOPPOSED MOTION TO**
**WITHDRAW JOSHUA GLUCOFT AS COUNSEL OF RECORD**

Defendant Juniper Networks, Inc. respectfully moves the Court to permit Joshua Glucoft

to withdraw as counsel of record. Juniper remains represented by competent counsel, and Plaintiff

has indicated that it does not oppose this motion. Juniper further requests that Joshua Glucoft be

removed from the list of attorneys receiving CM/ECF notices for the above-entitled and numbered

civil action.

Dated: January 8, 2020                    Respectfully submitted,

                                          */s/ Melissa R. Smith*

                                          **GILLAM & SMITH LLP**
                                          Melissa R. Smith
                                          melissa@gillamsmithlaw.com
                                          303 S. Washington Ave.
                                          Marshall, Texas 75670
                                          Telephone: (903) 934-8450
                                          Facsimile: (903) 934-9257

1

**IRELL & MANELLA LLP**
David C. McPhie
(CA State Bar No. 231520) [*pro hac vice*]
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:   (949) 760-0991
Facsimile:    (949) 760-5200
Email:  dmcphie@irell.com

Jonathan S. Kagan
(CA State Bar No. 166039) [*pro hac vice*]
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone:  (310) 277-1010
Facsimile:    (310) 203-7199
Email:  jkagan@irell.com

**Attorneys for Defendant
Juniper Networks, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of January, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa Smith