## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC,<br>        Plaintiff,<br><br>v. | §<br>§<br>§<br>§<br>§ | |
| IMPERVA, INC. | §<br>§<br>§ | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| FORTINET, INC. | §<br>§<br>§ | Case No. 2:19-cv-00039-JRG-RSP |
| JUNIPER NETWORKS, INC. | §<br>§<br>§ | Case No. 2:19-cv-00037-JRG-RSP |

### UNOPPOSED MOTION TO WITHDRAW HOSIE RICE LLP AND ITS ATTORNEYS AS COUNSEL OF RECORD FOR IMPLICIT, LLC

Pursuant to Local Rule CV-11(c), Plaintiff Implicit, LLC ("Plaintiff" or "Implicit") files this unopposed motion to withdraw Spencer Hosie, Diane S. Rice, Brandon C. Martin, Darrell Rae Atkinson, Francesca Miki Shima Germinario, and the firm Hosie Rice LLP (collectively, "Hosie Rice") as counsel of record for Implicit in the above-captioned cases. Hosie Rice also requests that it be removed from the CM/ECF noticing list, and any other service lists in the above-captioned cases. No other changes are requested regarding other attorneys acting as counsel of record for Implicit.

Implicit will continue to be represented in the above-captioned cases by William E. Davis, Christian J. Hurt, Edward Chin, Debra Coleman, and Ty William Wilson of The Davis Firm, PC. The withdrawal of Hosie Rice will not delay the proceedings.

Hosie Rice has conferred with counsel of record in this action, who do not oppose the relief requested in this motion.

1

Therefore, Implicit requests that the Court withdraw Hosie Rice as counsel of record from Case Nos. 2:19-cv-00040-JRG-RSP, 2:19-cv-00039-JRG-RSP, and 2:19-cv-00037-JRG-RSP.

Dated:  January 10, 2020

Respectfully submitted,

By: */s/ Spencer Hosie*
Spencer Hosie, *pro hac vice*,
(CA Bar No. 101777)
shosie@hosielaw.com
Diane S. Rice, *pro hac vice*,
(CA Bar No. 118303)
drice@hosielaw.com
Brandon C. Martin, *pro hac vice*,
(CA Bar No. 269624)
bmartin@hosielaw.com
Darrell Rae Atkinson, *pro hac vice*,
(CA Bar No. 280564)
datkinson@hosielaw.com
Francesca M.S. Germinario, *pro hac vice*,
(CA Bar No. 326208)
fgerminario@hosielaw.com
HOSIE RICE LLP
600 Montgomery St., 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001

William E. Davis, III (TX Bar No. 24047416)
bdavis@bdavisfirm.com
Christian J. Hurt (TX Bar No. 24059987)
churt@bdavisfirm.com
Edward Chin (Of Counsel)
(TX Bar No. 50511688)
echine@bdavisfirm.com
Debra Coleman (Of Counsel)
(TX Bar No. 24059595)
dcoleman@bdavisfirm.com
Ty William Wilson
(TX Bar No. 24106583)
twilson@bdavisfirm.com
THE DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff Implicit, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), I hereby certify that I conferred with counsel of record on January 10, 2020, regarding the subject matter of this Motion. There was no opposition to the above motion.

*/s/ Brandon C. Martin* (with permission)
Brandon C. Martin

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V) on this, the 10th day of January, 2020.

*/s/ Spencer Hosie*
Spencer Hosie
