**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § § | |
| *Plaintiff*, | § § | Case No. 2:19-cv-00040-JRG-RSP |
| v. | § § | LEAD CASE |
| IMPERVA, INC., | § § | |
| FORTINET, INC., | § § | Case No. 2:19-cv-00039-JRG-RSP CONSOLIDATED CASE |
| JUNIPER NETWORKS, INC., | § § | Case No. 2:19-cv-00037-JRG-RSP |
| *Defendants*. | § § § | CONSOLIDATED CASE |

## **ORDER**

Before the Court is Plaintiff Implicit, LLC's ("Plaintiff") Opposed Motion for Expedited Briefing ("Motion to Expedite"). Dkt. No. 191. This Motion to Expedite seeks to expedite briefing for Plaintiff's Opposed Motion to Amend Fourth Amended Docket Control Order ("Motion to Amend") (Dkt. No. 190). After consideration, it is ORDERED that the briefing schedule for Plaintiff's Motion to Amend is modified as follows:

| **BRIEF** | **DEADLINE** |
|---|---|
| Response | January 20, 2020 |
| Reply | January 21, 2020 |
| Sur-Reply | January 22, 2020 |

**SIGNED this 16th day of January, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE