**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | Case No. 2:19-cv-00040-JRG-RSP |
| IMPERVA, INC., | § § | LEAD CASE |
| *Defendant*. | § § § | |
| IMPLICIT, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:19-cv-00037-JRG-RSP |
| JUNIPER NETWORKS, INC., | § § | CONSOLIDATED CASE |
| *Defendant*. | § § § | |
| IMPLICIT, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:19-cv-00039-JRG-RSP |
| FORTINET, INC., | § § | CONSOLIDATED CASE |
| *Defendant*. | § § § | |

**ORDER**

Before the Court is Defendant Fortinet, Inc.'s ("Fortinet") Motion to Stay Pending *Sandvine* Appeal and Resolution of Fortinet's Pending Motions to Transfer ("Motion to Stay"). Dkt. No. 202. This Motion to Stay was filed on January 23, 2020. *Id*. This Motion to Stay is related to Fortinet's Supplemental Motion to Transfer Venue to the District of Delaware (Dkt. No. 185), co-Defendant Juniper Networks, Inc.'s ("Juniper") Supplemental Sealed Motion to Transfer Venue to the District of Delaware (Dkt. No. 164), and Juniper's Motion to Stay Pending Decision on Transfer Motions (Dkt. No. 174). Each of these related motions were set for hearing before the undersigned on February 6, 2020, at 1:30 PM.

The Court **ORDERS** that Fortinet's Motion to Stay (Dkt. No. 202) shall also be set for hearing on February 6, 2020, at 1:30 PM. It is further **ORDERED** that briefing on Fortinet's Motion to Stay be expedited. Any response in opposition from Plaintiff Implicit, LLC ("Implicit") shall be filed by Monday, February 3, 2020. Any reply brief from Fortinet shall be filed by Tuesday, February 4, 2020. Any sur-reply brief from Implicit shall be filed by Wednesday, February 5, 2020.

**SIGNED this 24th day of January, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE