# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC,<br>    Plaintiff,<br><br>v. | § § § § § § | |
| IMPERVA, INC.<br>    Defendant | § § § | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| FORTINET, INC.<br>    Defendant, | § § § | Case No. 2:19-cv-00039-JRG-RSP<br>MEMBER CASE |
| JUNIPER NETWORKS, INC,<br>    Defendants. | § § § § | Case No. 2:19-cv-00037-JRG-RSP<br>MEMBER CASE |

## PLAINTIFF IMPLICIT, LLC'S NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL

Plaintiff Implicit, LLC ("Implicit"), pursuant to the Fifth Amended Docket Control Order (Dkt. 206), dated January 28, 2020, hereby provides notice to the Court of its submission of Technology Tutorial. Plaintiff Implicit's Technology Tutorial may be accessed by the following link, which will expire in 10 days: https://app.box.com/s/uyzicm8wpmvpekc6k72h65o5k1946jev Plaintiff will separately hand-deliver a USB flash drive with its technology tutorial to the Court, for the Court's convenience.

Plaintiff also provides notice that it has sent courtesy copies of its opening claim construction brief, exhibits and technology tutorial to Mr. Don Tiller, the technical advisor appointed in this case (Dkt. 180).

Plaintiff further provides notice that its technology tutorial has been served on Defendants.

| | |
|---|---|
| Dated January 28, 2020 | Respectfully submitted,<br><br>By: /s/ William E. Davis, III<br>William E. Davis, III, *Lead Attorney*<br>Texas State Bar No. 24047416<br>bdavis@bdavisfirm.com<br>Christian J. Hurt<br>Texas State Bar No. 24059987<br>churt@bdavisfirm.com<br>Edward Chin (Of Counsel)<br>Texas State Bar No. 50511688<br>echin@bdavisfirm.com<br>Debra Coleman (Of Counsel)<br>Texas State Bar No. 24059595<br>dcoleman@bdavisfirm.com<br>**Davis Firm, PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br><br>Barry Golob<br>bgolob@cozen.com<br>Thomas Fisher<br>tfisher@cozen.com<br>**Cozen O'Connor**<br>1200 19th Street, NW<br>Suite 300<br>Washington, DC 20036<br>Telephone: (202) 912.4815<br>Facsimile: (202) 618.4843<br><br>*Counsel for Plaintiff*<br>*Implicit, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this 28th day of January, 2020.

/s/William E. Davis, III
William E. Davis, III