# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC | § § § | |
| v. | § § | Case No. 2:19-CV-0040-JRG-RSP<br>LEAD CASE |
| IMPERVA, INC. | § § | |

## Motions Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### February 6, 2020

**OPEN:** 1:30 pm                                                                           **ADJOURN:** 4:00 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Jonathan Todd |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Bo Davis announced ready and introduced co-counsel. Melissa Smith announced ready for Juniper and introduced co-counsel. Deron Dacus announced ready for Fortinet and introduced co-counsel. Mike Jones announced ready for Intel. Jessica Benzler announced ready for Imperva.

David McPhie argued Juniper Networks, Inc.'s Motion to Transfer Venue to the District of Delaware (Dkt. No. 164) and Juniper Networks, Inc.'s Motion to Stay Pending Decision on Transfer Motions (Dkt. No. 174). Matt Gaudet also argued Fortinet, Inc's Supplemental Motion to Transfer Venue to the District of Delaware (Dkt. No. 185) and Fortinet, Inc.'s, Motion to Stay (Dkt. No. 202). Bo Davis responded for Implicit.

The Court took the motions under advisement.