# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC,<br>    *Plaintiff*,<br>v. | § § § § § § | |
| IMPERVA, INC. | § § § | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| JUNIPER NETWORKS, INC. | § § § | Case No. 2:19-cv-00037-JRG-RSP<br>CONSOLIDATED CASE |
| FORTINET, INC.,<br>    *Defendants*. | § § § | Case No. 2:19-cv-00039-JRG-RSP<br>CONSOLIDATED CASE |

## **ORDER**

Before the Court are (1) Defendant Juniper Networks, Inc.'s ("Juniper") Motion to Stay Pending Decision on Transfer Motions (Dkt. No. 174); and (2) Defendant Fortinet, Inc.'s ("Fortinet") Opposed Motion to Stay Pending Sandvine Appeal and Resolution of Fortinet's Pending Motions to Transfer (Dkt. No. 202). Both of these Motions seek to stay this case until the resolution of the Motions to Transfer that were filed by Juniper (Dkt. No. 164) and Fortinet (Dkt. No. 185).

After consideration, the Court **GRANTS** these Motions to Stay (Dkt. Nos. 174 & 202) pending the resolution of the Motions to Transfer that were filed by Juniper (Dkt. No. 164) and Fortinet (Dkt. No. 185).

**SIGNED this 19th day of February, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE