# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| IMPLICIT, LLC, *Plaintiff*, v. | § § § § § § | |
|---|---|---|
| IMPERVA, INC. | § § § | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| JUNIPER NETWORKS, INC. | § § § | Case No. 2:19-cv-00037-JRG-RSP<br>CONSOLIDATED CASE |
| FORTINET, INC., *Defendants*. | § § § | Case No. 2:19-cv-00039-JRG-RSP<br>CONSOLIDATED CASE |

## **ORDER**

Before the Court is Defendant Imperva, Inc.'s Opposed Motion for Expedited Briefing and to Stay All Other Deadlines. Dkt. No. 231. The Court **ORDERS** that Plaintiff Implicit, LLC file any response to this Motion (Dkt. No. 231) by March 9, 2020.

**SIGNED this 25th day of February, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE