# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>IMPERVA, INC.<br>　　　　Defendant. | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |

### PLAINTIFF IMPLICIT, LLC'S AND DEFENDANT IMPERVA, INC.'S JOINT MOTION TO STAY ALL EXISTING DEADLINES

Plaintiff Implicit, LLC ("Implicit") and Defendant Imperva, Inc. ("Imperva") (collectively, "parties") jointly request that the Court stay all existing deadlines, including the *Markman* hearing set for this case on March 17, 2020, for thirty (30) days.  The parties make this request in light of the concerns over travel and possible exposure to the coronavirus.

The actions previously consolidated with the above-captioned suit—*Implicit, LLC v. Juniper Networks, Inc.*, Case No. 2:19-cv-38 and *Implicit v. Fortinet, Inc.*, Case No. 2:19-cv-39, were stayed by this Court on February 19, 2020.  Dkt. No. 230.  The parties have agreed that, given the recent developments and the imminent deadlines in this case requiring domestic and/or international travel of both counsel and parties, a short stay of the instant suit is prudent.  The parties make this request out of interest of justice and not to cause undue delay.

For the foregoing reasons, the parties jointly request that the Court stay all existing deadlines, including the *Markman* hearing set for this case on March 17, 2020, for 30 days.  Should the Court grant the stay, the parties will jointly request a conference with the Court in order to discuss the entry of a revised Docket Control Order.

Date: March 12, 2020  Respectfully submitted,

By: */s/William E. Davis, III*
William E. Davis, III
(TX Bar No. 24047416)
bdavis@bdavisfirm.com
Christian J. Hurt
(TX Bar No. 24059987)
churt@bdavisfirm.com
Edward Chin (Of Counsel)
(TX Bar No. 50511688)
echin@bdavisfirm.com
Debra Coleman (Of Counsel)
(TX Bar No. 24059595)
dcoleman@bdavisfirm.com
Ty Wilson
(TX Bar No. 24106583)
twilson@davisfirm.com
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suit, 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

Barry Golob
bgolob@cozen.com
Thomas Fisher
tfisher@cozen.com
**Cozen O'Connor**
1200 19th Street, NW
Suite 300
Washington, DC 20036
Telephone: (202) 912.4815
Facsimile: (202) 618.4843

*Counsel for Plaintiff Implicit, LLC*


By: */s/ Michael J. Sacksteder*
**FENWICK & WEST LLP**
Michael J. Sacksteder (Lead Attorney)
CA Bar No. 191605
(Admitted E.D. Tex.)
Christopher L. Larson
CA Bar No. 308247

(Admitted E.D. Tex.)
Jessica L. Benzler
CA Bar No. 306164
(Admitted E.D. Tex.)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350
msacksteder@fenwick.com
clarson@fenwick.com
jbenzler@fenwick.com

Geoffrey R. Miller
(Texas State Bar No. 24094847)
801 California Street
Mountain View, CA 94041
Telephone: 650-335-7943
Facsimile: 650-938-5200
gmiller@fenwick.com

*Counsel for Defendant Imperva, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d) and (e), any counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email on this 12th day of March, 2020.

*/s/William E. Davis, III*
William E. Davis, III