# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC | § § | |
| v. | § § | Case No. 2:19-CV-0040-JRG-RSP<br>LEAD CASE |
| IMPERVA, INC. | § § | |

## Teleconference
## MAG. JUDGE ROY PAYNE PRESIDING
## April 16, 2020

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Bo Davis<br>Barry Golob<br>Christian Hurt |
| ATTORNEY FOR DEFENDANTS: | Michael Sacksteder<br>Jessica Benzler<br>Christopher Larson |
| LAW CLERK: | Steven Laxton |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  The parties introduced themselves.

The Court discussed the case schedule with the parties.  A motion telephonic hearing on will be held on April 29, 2020 at 10:00 a.m. regarding #213 and #225.  The Court will also set the Markman video hearing on May 22, 2020 at 1:30 p.m.