# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | |
| IMPERVA, INC., | § § § | Case No. 2:19-cv-00040-JRG-RSP<br>LEAD CASE |
| JUNIPER NETWORKS, INC. | § § § | Case No. 2:19-cv-00037-JRG-RSP<br>MEMBER CASE |
| *Defendants*. | § | |

## ORDER GRANTING STAY FOR SETTLEMENT

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement Between Plaintiff Implicit, LLC and Defendant Juniper Networks, Inc. filed by Implicit and Juniper. **Dkt. No. 274**. The parties' Joint Motion notifies the Court that they have settled in principle the claims between them and seek a stay of all deadlines in the above-captioned matter until November 6, 2020 to allow the parties to finalize the settlement.

After due consideration, the Court **GRANTS** the Motion. The Court thereby **ORDERS** that the above-captioned matter is **STAYED** with respect to Implicit and Juniper until November 6, 2020.

**SIGNED this 11th day of October, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE